UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF ALASKA,<br>STATE OF ALABAMA,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF KANSAS,<br>STATE OF LOUISIANA,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF SOUTH DAKOTA,<br>STATE OF UTAH, and<br>STATE OF WEST VIRGINIA,<br><br>       *Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>       *Defendants.* | CASE NO. 5:24-CV-00225-C |

**JOINT MOTION
TO STAY ANSWER DEADLINE AND
FOR ENTRY OF A SCHEDULING ORDER**

The Plaintiff States of Texas, Alaska, Alabama, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Louisiana, Missouri, Montana, Nebraska, South Carolina, South Dakota, Utah, and West Virginia (Plaintiffs) and Defendants Xavier Becerra, in his official capacity as Secretary of Health

1

and Human Services, and the United States Department of Health and Human Services (Defendants) (together, the Parties), have conferred and agree that this case presents purely legal issues amenable to resolution on dispositive cross-motions. The Parties jointly move this Court (1) to stay Defendants' deadline to answer or otherwise respond to the Complaint until further order of the Court, and (2) for entry of an order setting forth the following briefing schedule for dispositive cross-motions:

> Defendants shall file the administrative record on or before **December 15, 2024**;
>
> Plaintiffs shall file their Motion for Summary Judgment on or before **January 15, 2025**;
>
> Defendants shall file their Combined Cross-Motion to Dismiss and/or for Summary Judgment and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment on or before **February 12, 2025**;
>
> Plaintiffs shall file their Combined Reply in Support of their Motion for Summary Judgment and Memorandum in Opposition to Defendants' Cross-Motion to Dismiss and/or for Summary Judgment on or before **March 12, 2025**;
>
> Defendants shall file their Reply in Support of their Cross-Motion to Dismiss and/or for Summary Judgment on or before **April 9, 2025**.

| | |
|---|---|
| Dated: November 22, 2024. | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | KEN PAXTON<br>Attorney General of Texas |
| EMILY B. NESTLER<br>Assistant Branch Director | BRENT WEBSTER<br>First Assistant Attorney General |
| */s/ John T. Lewis* (*with consent*)<br>**JOHN T. LEWIS**<br>Trial Attorney<br>Texas State Bar No. 24095074<br>john.t.lewis.iii@usdoj.gov | RALPH MOLINA<br>Deputy First Assistant Attorney General |
| | AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy |
| U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20530<br>Tel: (202) 353-0533<br>Fax: (202) 616-8460 | */s/ Ryan D. Walters*<br>**RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Texas State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| | **ZACHARY L. RHINES**<br>Special Counsel<br>Texas State Bar No. 24116957<br>zachary.rhines@oag.texas.gov |
| COUNSEL FOR DEFENDANTS | **KYLE S. TEBO**<br>Special Counsel<br>Texas State Bar No. 24137691<br>kyle.tebo@oag.texas.gov |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 463-2100<br>Fax: 512-457-4410 |
| | COUNSEL FOR STATE OF TEXAS |

TREG TAYLOR
Attorney General of Alaska

*/s/ Christopher A. Robison*
**CHRISTOPHER A. ROBISON**
Alaska Bar No. 2111126
Texas Bar No. 24035720

**LAURA O. RUSSELL\***
Alaska Bar No. 1311106

Assistant Attorneys General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5100
chris.robison@alaska.gov
laura.russell@alaska.gov

**COUNSEL FOR ALASKA**
*Pro Hac Vice*

STEVE MARSHALL
Attorney General of Alabama

*/s/ Edmund G. LaCour Jr.*
**EDMUND G. LACOUR JR.**
Solicitor General
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
edmund.lacour@alabamaag.gov

**COUNSEL FOR ALABAMA**

TIM GRIFFIN
Attorney General of Arkansas

*/s/ Nicholas J. Bronni*
**NICHOLAS J. BRONNI**
Solicitor General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
nicholas.bronni@arkansasag.gov

**COUNSEL FOR ARKANSAS**

ASHLEY MOODY
Attorney General of Florida

*s/ James Percival*
**JAMES H. PERCIVAL\***
Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 410-2672
james.percival@myfloridalegal.com

**COUNSEL FOR FLORIDA**
*Pro Hac Vice*

CHRISTOPHER M. CARR
Attorney General of Georgia

*/s/ Stephen J. Petrany*
**STEPHEN J. PETRANY\***
Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3408
spetrany@law.ga.gov

**COUNSEL FOR GEORGIA**
*Pro Hac Vice*

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ James A. Barta*
**JAMES A. BARTA\***
Solicitor General
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone: (317) 232-0709
james.barta@atg.in.gov

**COUNSEL FOR INDIANA**
*Pro Hac Vice*

4

<div style="column-count:2">

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
**ERIC H. WESSAN**
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Telephone:      (515) 823-9117
Facsimile:       (515) 281-4209
eric.wessan@ag.iowa.gov

**COUNSEL FOR IOWA**

KRIS KOBACH
Attorney General of Kansas

*/s/ Abhishek Kambli*
**ABHISHEK KAMBLI***
20 SW 10th Ave, 2nd Floor,
Topeka, Kansas 66612-1597
Telephone:      (785) 296-2215
abhishek.kambli@ag.ks.gov

**COUNSEL FOR KANSAS**
**Pro Hac Vice Application forthcoming*

ELIZABETH B. MURRILL
Attorney General of Louisiana

*s/ J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA***
Solicitor General
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
Telephone:      (225) 506-3746
aguinagab@ag.louisiana.gov

**COUNSEL FOR LOUISIANA**
**Pro Hac Vice Application forthcoming*

ANDREW BAILEY
Attorney General of Missouri

/s/ *Josh Divine*
**JOSH DIVINE**
Solicitor General
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, Missouri 63188
josh.divine@ago.mo.gov

**COUNSEL FOR MISSOURI**

AUSTIN KNUDSEN
Attorney General of Montana

**CHRISTIAN B. CORRIGAN**
Solicitor General

*/s/ Peter M. Torstensen, Jr.*
**PETER M. TORSTENSEN, JR.***
Deputy Solicitor General
Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
Telephone: (406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

**COUNSEL FOR MONTANA**
**Pro Hac Vice*

MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/ Grant D. Strobl*
**GRANT D. STROBL**
Assistant Solicitor General
2115 State Capitol
Lincoln, NE 68509
Telephone:      (531) 207-3853
grant.strobl@nebraska.gov

**COUNSEL FOR NEBRASKA**

</div>

ALAN WILSON
Attorney General of South Carolina

*s/ J. Emory Smith, Jr.*
**JAMES EMORY SMITH, JR.***
Deputy Solicitor General
Office of the Attorney General
PO Box 11549
Columbia, South Carolina 29211
Telephone: (803) 734-3642
Facsimile: (803) 734-3677
esmith@scag.gov

**COUNSEL FOR SOUTH CAROLINA**
*\*Pro Hac Vice*

MARTY JACKLEY
Attorney General of South Dakota

*/s/ Aaron Salberg*
**AARON SALBERG***
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
aaron.salberg@state.sd.us

**COUNSEL FOR SOUTH DAKOTA**
*\*Pro Hac Vice*

SEAN D. REYES
Attorney General of Utah
Office of the Attorney General
PO Box 142320
Salt Lake City, Utah 84114-2320

*/s/ Scott St. John*
**SCOTT ST. JOHN***
St. John LLC
1701 Jefferson Avenue
New Orleans, LA 70115
Telephone: (410) 212-3475
scottstjohn@agutah.gov
scott@stjohnlaw.com

**COUNSEL FOR UTAH**
*\*Pro Hac Vice Application forthcoming*

PATRICK MORRISEY
Attorney General of West Virginia

*/s/ Michael R. Williams*
**MICHAEL R. WILLIAMS***
State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, West Virginia 25305
Telephone: (681)-313-4511
Facsimile: (304) 558-0140
michael.r.williams@wvago.gov

**COUNSEL FOR WEST VIRGINIA**
*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 22, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Ryan D. Walters*
Ryan D. Walters