UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF ALASKA,<br>STATE OF ALABAMA,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF KANSAS,<br>STATE OF LOUISIANA,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF SOUTH DAKOTA,<br>STATE OF UTAH, and<br>STATE OF WEST VIRGINIA,<br><br>      *Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      *Defendants*. | CASE NO. 5:24-CV-00225-C |

**AGREED SCHEDULING ORDER AND STAY OF ANSWER DEADLINE**

Before the Court is the parties' Joint Motion for Entry of Agreed Scheduling Order (ECF No ____). After due consideration of the Joint Motion and applicable law, the Court finds that the parties' Joint Motion should be and hereby is GRANTED and ORDERS as follows:

- Defendants' deadline to file an answer to Plaintiff's Complaint is stayed until resolution of parties' Motion for Summary Judgment and Cross-Motion for Summary Judgment;

- Defendants shall file the administrative record on or before December 15, 2024;
- Plaintiffs shall file, as a single brief, their Motion for Summary Judgment on or before January 15, 2025;
- Defendants shall file their combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, as a single brief, on or before February 12, 2025;
- Plaintiffs shall files their combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply to Defendants' Opposition, as a single brief, on or before March 12, 2025;
- Defendants shall file their Reply to Plaintiffs' Opposition on or before April 9, 2025.

**SO ORDERED**.

_____, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE