IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *a sovereign State of the United States, Et Al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services;* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:24-CV-225-C |

## ORDER

Before the Court is the Parties' Joint Motion to Stay Answer Deadline and for Entry of Agreed Scheduling Order, filed November 22, 2024. After due consideration of the Joint Motion and applicable law, the Court finds that good cause exists and the Parties' Joint Motion should be and hereby is **GRANTED**.

The Court **ORDERS** as follows:

1. Defendants' deadline to file an answer to Plaintiff's Complaint is stayed until resolution of Parties' Motion for Summary Judgment and Cross-Motion for Summary Judgment;

2. Defendants shall file the administrative record on or before December 15, 2024;

3. Plaintiffs shall file, as a single brief, their Motion for Summary Judgment on or before January 15, 2025;

4. Defendants shall file their combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, as a single brief, on or before February 12, 2025;

5. Plaintiffs shall files their combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply to Defendants' Opposition, as a single brief, on or before March 12, 2025; and

6. Defendants shall file their Reply to Plaintiffs' Opposition on or before April 9, 2025.

SO ORDERED.

Dated December __3__, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE