**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services, et al.,<br><br>*Defendants*. | No. 5:24-cv-225-C |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, W. Daniel Shieh, Associate Deputy Director, Office for Civil Rights (OCR), Office of the Secretary, United States Department of Health and Human Services (HHS), certify, to the best of my knowledge, that the materials described in the accompanying Index comprise the rulemaking record for the 2024 Final Rule, *Nondiscrimination on the Basis of Disability in Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 40,066 (May 9, 2024). These materials consist of true, correct, and complete copies of all non-privileged documents that were directly or indirectly considered by the agency in issuing this rule.

I declare under penalty of perjury that the foregoing is true and correct. Executed, this 13th day of December 2024, in Washington, District of Columbia.

_____
Daniel Shieh
Associate Deputy Director
Office for Civil Rights
United States Department of Health and Human Services

1