<br>

**<u>INDEX TO THE ADMINISTRATIVE RECORD</u>**

*Nondiscrimination on the Basis of Disability in Programs or Activities*
*Receiving Federal Financial Assistance*, 89 Fed. Reg. 40,066 (May 9, 2024)

| Bates Number | Description |
|---|---|
| 000001 – 011197 | Public Comments |
| 011198 – 011318 | Discrimination on the Basis of Disability in Health and Human Service Programs or Activities, 88 Fed. Reg. 63,392, Sept. 14, 2023. |
| 011319 – 011448 | Nondiscrimination on the Basis of Disability in Programs or Activities Receiving Federal Financial Assistance, 89 Fed. Reg. 40,066, May 9, 2024. |
| 011449 – 011487 | HeinOnline Minnesota Law Review - The Most Integrated Setting: Olmstead, Fry, and Segregated Public Schools for Students with Disabilities |
| 011488 – 011522 | From Almshouses to Nursing Homes and Community Care Lessons from Medicaid's History, Georgia State University Law Review |
| 011523 – 011523 | U.S. Census Bureau State and Local Government Finances (produced in Native Form as "U.S. Census Bureau State and Local Government Finances.xlsx") |
| 011524 – 011527 | Ross Ethics of Organ Transplantation |
| 011528 – 011535 | Chen Access to Transplantation |
| 011536 – 011542 | Eligibility Criteria in NIH-Funded Clinical Trials: Can Adults with Intellectual Disability Get In? |
| 011543 – 011821 | Guidance Document on the 2010 ADA Standards for Accessible Design |
| 011822 – 011851 | Mental/Behavioral Health Services: Medicaid Home and Community-Based Services 1915(c) Waiver Allocation for People with Intellectual and Developmental Disabilities |
| 011852 – 011866 | Managed Long-Term Services and Supports - Assessment, Authorization, Service Planning, and Case Management in State MLTSS Systems |
| 011867 – 011878 | Managed Long-Term Services and Supports - Assessing Provider Network Adequacy |
| 011879 – 011881 | U.S. Senators letter to HHS on equitable COVID care and rationing of care |
| 011882 – 011885 | Bicameral letter from members of Congress to HHS and AG Barr |
| 011886 – 011901 | Identifying, Evaluating and Remediating "Settings That Isolate" in the Context of CMS Guidance on Heightened Scrutiny Requirements within the HCBS Settings Rule |
| 011902 – 011905 | Consortium for Constituents with Disabilities Comment on Section 504 RFI, February 24, 2021 |
| 011906 – 011911 | Consortium for Constituents with Disabilities Comment on Section 504 RFI, March 2, 2021 |
| 011912 – 011937 | DOJ report titled, "Investigation of the State of Alaska's Behavioral Health System for Children" |
| 011938 – 011939 | May 11, 2022, Don Wardell Comment on Access Board Exam Table Height |

| 011940 – 011950 | US Access Board Meeting on Height Requirements - Post Meeting Written Submission |
| 011951 – 011961 | Recommendation of 19-inch Lower Adjustable Seat Height as the Minimum Accessibility Standard |
| 011962 – 012696 | Access Board Excel Workbook on Exam Table Costs and Heights (produced in Native Form as "2023_12_13_Access Board Excel Workbook on Exam Table Costs and Heights.xlsx") |
| 012697 – 012703 | Disability Rights Tennessee Letter to HHS OCR on Tennessee's Rationing Guidelines During Public Health Emergencies |
| 012404 – 012717 | Recognizing and Responding to the Health Disparities of People with Disabilities |
| 012718 – 012725 | Guidry-Grimes, The Case of Louisiana's Medically Futile |
| 012726 – 012767 | A Primer on Assisted Suicide Laws |
| 012768 – 012791 | A principled approach to non-discrimination in cost-effectiveness |
| 012792 – 012812 | ABA Policy Resolution |
| 012813 – 012832 | ABA Policy Resolution, Disabled Parents and Custody, Visitation and Termination of Parental Rights |
| 012833 – 012884 | Access Board ICT Standards and Guidelines, Final Rule |
| 012885 – 012886 | Access Board Standards for Accessible Medical Diagnostic Equipment |
| 012887 – 012919 | Access to Health Care and the Intellectually and Developmentally Disabled Anti-Discrimination Law, Health Law and Quality of Life |
| 012920 – 012956 | Access to Medical Care for Individuals with Mobility Disabilities Guidance |
| 012957 – 012962 | Accessibility of State and Local Government Websites to People with Disabilities |
| 012963 – 013148 | Accessibility Requirements for ICT Products European Telecomm. Standards Institute |
| 013149 – 013149 | Accreditation Facility List ACR (produced in Native Form as "accreditationfacilitylist.acr.org.xls") |
| 013149 – 013155 | ACLU Letter to HHS OCR Engagement on the Topic of Medical Futility |
| 013156 – 013158 | Addressing The Tension Between Discrimination Law and Pandemic Clinical Triage Protocols |
| 013159 – 013167 | Adults with Communication Disabilities Experience Poorer Health and Healthcare Outcomes Compared to Persons Without Communication Disabilities |
| 013168 – 013174 | Advancing Policy and Practice in Medicaid Home and Community-Based Services Quality |

| 013175 – 013180 | HHS ACF Children's Bureau the AFCARS Report 2021 |
|---|---|
| 013181 – 013193 | Agaronnik, Accessibility of Medical Diagnostic Equipment |
| 013194 – 013205 | The Disability Paradox: High Quality of Life Against All Odds |
| 013206 – 013216 | Alternative Approaches to Measuring Value |
| 013217 – 013219 | Americans With Disabilities Less Likely to Own Computer, Smartphone, Pew Research Center |
| 013220 – 013223 | Analytics USA, The US Government's Web Traffic. Analytics. USA. Gov Is Migrating to A New Web Analytics Platform |
| 013224 – 013226 | H.R. Res. 2122, 54th Leg., 1st Sess. (Ariz. 2019) |
| 013227 – 013265 | Article - Published. Realizing the Promise of Olmstead Ensuring the Informed Choice |
| 013266 – 013275 | ASAN Organ Transplantation Policy Brief_ |
| 013276 – 013282 | The Ashley Treatment: A Step Too Far, or Not Far Enough? |
| 013283 – 013344 | Valuing Time in HHS Regulatory Impact Analyses |
| 013345 – 013346 | ASTS Statement on Solid Organ Transplant Candidacy |
| 013347 – 013405 | Michigan Law Working Paper on the Past and Future of Deinstitutionalization Litigation |
| 013406 – 013413 | Becker, Reproductive Health Care Experiences of Women with Physical Disabilities |
| 013414 – 013455 | Presentation on the Advantages and Benefits of WCAG 2 |
| 013456 – 013479 | Data - BLS Occupational Employment and Wages - May 2019 |
| 013480 – 013492 | An Official ATS/AACN/ACCP/ESICM/SCCM Policy Statement: Responding to Requests for Potentially Inappropriate Treatments in Intensive Care Units |
| 013493 – 013509 | Serious Mental Illness in Nursing Homes |
| 013510 – 013510 | Bureau of Labor Statistics Data – Consumer Price Index for All Urban Consumers |
| 013511 – 013838 | Guidebook for Inclusion in Medicine, Nursing, and the Health Professions |
| 013839 – 013865 | Cancer Statistics, 2022 |
| 013866 – 013875 | Judicial Reliance on Parental IQ in Appellate-Level Child Welfare Cases Involving Parents with Intellectual Developmental Disabilities |

| 013876 – 013877 | The Accessible Canada Act summary on Web Accessibility Initiative website |
|---|---|
| 013878 – 013886 | How Mammography Screenings Reduce Rates of Advanced and Fatal Breast Cancers |
| 013887 – 013892 | Cardiac Transplantation in Adult Patients with Mental Retardation: Do Outcomes Support Consensus Guidelines? |
| 013893 – 013896 | CCD Letter to US AG Merrick Garland on adopting regulatory initiatives to advance accessibility and usability of websites |
| 013897 – 013930 | Report on Contingent Electric Skin Shock |
| 013931 – 013937 | Acquisition of Disability-Accessible MDE in Primary Care Offices Over Time |
| 013938 – 013966 | Conceptual Framework for Child Welfare System Inequities Experienced by Disabled Parents |
| 013967 – 013984 | Technical Assistance for State and Local Child Welfare Agencies and Courts under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act |
| 013985 – 013987 | Coalition Letter on the Issue of Withholding Life-Sustaining Treatment |
| 013988 – 014004 | Commonly Asked Questions about Child Care Centers and the Americans with Disabilities Act Guidance |
| 014005 – 014011 | Communicating with Patients with Disability: Perspectives of Practice Physicians |
| 014012 – 014016 | AMA Chapter 2: Consent, Communication, & Decision Making |
| 014017 – 014019 | Consortium of Citizens with Disabilities, Letter RE: COVID-19 and Disability Discrimination |
| 014020 – 014028 | Contingent Electric Shock Empirical or Ideological Issue |
| 014029 – 014037 | Controversy Over Using QALYs - Health Affairs Lit Review |
| 014038 – 014046 | Cost-Effectiveness of Sacubitril-Valsartan in Germany - An Application of the Efficiency Frontier |
| 014047 – 014052 | Cost-Effectiveness, the QALY, and the evLYG |
| 014053 – 014066 | Cost-Effectiveness and the Avoidance of Discrimination in Healthcare |
| 014067 – 014076 | Socioeconomic Factors at the Intersection of Race and Ethnicity Influencing Health Risks for People with Disabilities |
| 014077 – 014082 | COVID-19 Outcomes Among People with Intellectual and Developmental Disability |
| 014083 – 014095 | Crisis Standards of Care in the USA: A systematic Review and Implications for Equity Amidst COVID-19 |
| 014096 – 014112 | Cross-Disability Experiences of Barriers to Healthcare Access |

| 014113 – 014117 | Use of the Medical Futility Rationale in Do-Not-Attempt-Resuscitation Order |
| --- | --- |
| 014118 – 014127 | Excluding People with Disabilities from Clinical Research: Eligibility Criteria Lack Clarity and Justification |
| 014128 – 014129 | Defining Comparators According to IQWiG's Efficiency-Frontier Method |
| 014130 – 014138 | Delayed Medical Care and Unmet Care Needs Due to the COVID-19 Pandemic Among Adults With Disabilities In The US |
| 014139 – 014145 | Demographics of Mobile Device Ownership and Adoption in the United States, Pew Research Center |
| 014146 – 014186 | Destructuring Disability: Rationing of Health Care and Unfair Discrimination Against the Sick |
| 014187 – 014187 | Investment Data in Private Nonresidential Fixed Assessments (produced in Native Form as "detailnonres_inv1.xlsx") |
| 014188 – 014263 | Devaluing People with Disabilities |
| 014264 – 014270 | Use of parental disability as a removal reason for children in foster care in the U.S. |
| 014271 – 014273 | Disability discrimination and misdirected criticism of the quality adjusted life year framework |
| 014274 – 014274 | Disability Impacts US All Infographic and fact sheet |
| 014275 – 014278 | Disability Inclusion fact sheet |
| 014279 – 014305 | Disability Law and the Case for Evidence-based Triage in a Pandemic |
| 014306 – 014308 | Disability Rights and Life-Sustaining Treatment |
| 014309 – 014326 | Disability Status, Mortality, and Leading Causes of Death in the United States Community Population |
| 014327 – 014327 | Disability and Health Data System DHDS 20240508 (produced in Native Form as "Disability and Health Data System DHDS 20240508.csv) |
| 014328 – 014332 | Disability Ethics in The Coronavirus Crisis |
| 014333 – 014336 | Disability Aging Advocates HHS OCR OGC letter 8.18.22 |
| 014337 – 014339 | N.J. girl thriving with transplant despite earlier denial due to mental disability |
| 014340 – 014342 | Disabled Woman Dying While on The List for A Kidney Transplant |
| 014343 – 014355 | McDonald, What is Right? |
| 014356 – 014358 | Excerpt From Public Health Perspectives on Disability: Science, Social Justice, Ethics, And Beyond |

| 014359 – 014370 | Excerpt From Public Health Perspectives on Disability: Science, Social Justice, Ethics, And Beyond |
|---|---|
| 014371 – 014374 | Do not resuscitate order is, MedlinePlus Medical Encyclopedia |
| 014375 – 014387 | Eliminating Categorical Exclusion Criteria in Crisis Standards of Care Frameworks |
| 014388 – 014418 | Georgia State University's Law Review on Ending-Life Decisions: Some Disability Perspectives |
| 014419 – 014493 | Enforceable Accessible Medical Equipment Standards A Necessary Means to Address the Health Care Needs of People with Mobility Disabilities |
| 014494 – 014505 | Triage Procedures for Critical Care Resource Allocation During Scarcity |
| 014506 – 014509 | Ensuring Access to Health Care for Patients with Disabilities |
| 014510 – 014517 | Equal Health Care: If Not Now, When? |
| 014518 – 014531 | Ethical Challenges Arising in the COVID-19 Pandemic |
| 014532 – 014539 | Ethical Shortcomings of QALY |
| 014540 – 014725 | ETSI Harmonized European Standard Accessibility requirements for ICT products and services |
| 014726 – 014736 | Excluding People with Disabilities from Clinical Research: Eligibility Criteria Lack Clarity and Justification |
| 014737 – 014740 | HHS Papers Explaining Rejection of Oregon Medicaid Waiver |
| 014741 – 014742 | Exploring health disparities among individuals with disabilities within the United States |
| 014743 – 014745 | Government Report Exploring WCAG 2.1 for Australian Government Services |
| 014746 – 014776 | NWLC Report on Forced Sterilization of Disabled People |
| 014777 – 014784 | Fall 2015 Statement of Regulatory Priorities DOJ |
| 014785 – 014799 | FAQs for Healthcare Providers during the COVID-19 Public Health Emergency |
| 014800 – 014801 | Data on Ambulatory Care Use and Physician Office Visits |
| 014802 – 014803 | Data on Therapeutic Drug Use |
| 014804 – 014817 | Federal Social Media Accessibility Toolkit Hackpad |
| 014818 – 014831 | Final Report on MDE Study of Low Wheelchair Seat Heights and Transfer Surfaces |

| 014832 – 014839 | Consortium for Constituents with Disabilities Comment on Section 504 Rulemaking |
|---|---|
| 014840 – 014877 | Firth, The Lancet Psychiatry Commission A Blueprint |
| 014878 – 014900 | Forever Small, The Strange Case of Ashley |
| 014901 – 015416 | Federal Register Vol. 56 Issue No. 144, July 26, 1991 |
| 015417 – 015417 | Graph of Median Usual Weekly Nominal Earnings for Full-Time Wage and Salary Workers Aged 16 Years and Older |
| 015418 – 015432 | From Invisible to Visible to Valued: Improving Population Health of People with Intellectual and Developmental Disabilities |
| 015433 – 015435 | Georgia Agreement to Ensure Equal Access to Foster and Adoption Care Services for Individuals with Disabilities |
| 015436 – 015441 | Quality of Life Following Spinal Cord Injury: Knowledge and Attitudes of Emergency Care Providers |
| 015442 – 015453 | Risk of Adverse Maternal Outcomes in Pregnant Women with Disabilities |
| 015454 – 015459 | Health Technology Assessment with Diminishing Returns to Health: The Generalized Risk-Adjusted Cost-Effectiveness (GRACE) Approach |
| 015460 – 015469 | Guidance on Web Accessibility and the ADA |
| 015470 – 015471 | Guidebook - Kurtzke Expanded Disability Status Scale (EDSS) |
| 015472 – 015484 | Disability in two health care systems: Access, quality, satisfaction, and physician contacts among working-age Canadians and Americans with disabilities |
| 015485 – 015487 | Equal Access to Organ Transplantation for People with Disabilities |
| 015488 – 015496 | Have Almost Fifty Years of Disability Civil Rights Law Achieved Equitable Care? |
| 015497 – 015504 | National health surveillance of adults with disabilities, adults with intellectual and developmental disabilities, and adults with no disabilities |
| 015505 – 015515 | The Efficiency Frontier Approach to Economic Evaluation of Healthcare Interventions |
| 015516 – 015539 | Health Equipment OECD Data |
| 015540 – 015554 | Health Equity Framework for People with Disabilities |
| 015555 – 015555 | Health Policy Institute Dentist Participation in Medicaid or CHIP |
| 015556 – 015565 | Outcomes of Medicaid Home and Community Based Long-Term Services Relative to Nursing Home Care Among Dual Eligibles |
| 015566 – 015574 | State Home and Community-Based Services Expenditures and Unmet Care Needs in the United States: Has Everyone Benefitted Equally? |

| | |
|---|---|
| 015575 – 015578 | The Critical Role of Medicaid Home and Community-Based Services in Meeting the Needs of Older Adults in the United States |
| 015579 – 015591 | Health Services Research - 2024 - Ne'eman - Tracking long-term services and supports rebalancing through workforce data |
| 015592 – 015600 | Health Utilities for Multiple Sclerosis |
| 015601 – 015608 | Health Years in Total a New Health Objective Function for Cost-Effectiveness Analysis |
| 015609 – 015613 | Mudrick, Presence of Accessible Equipment |
| 015614 – 015710 | HHS CMS, Nondiscrimination in Health Programs and Activities, NPRM and Tribal Consult |
| 015711 – 015712 | HHS OCR Provides Technical Assistance to Ensure New Jersey Department of Children and Families Protect Parents with Disabilities from Discrimi |
| 015713 – 015731 | Disability Advocates Memo, following stakeholder meeting, dated February 22, 2024 |
| 015732 – 015749 | HHS DOJ Protecting the Rights of Parents and Prospective Parents with Disabilities |
| 015750 – 015847 | HHS Nondiscrimination in Health Programs and Activities Final Rule |
| 015848 – 015944 | NPRM - Nondiscrimination in Health Programs and Activities |
| 015945 – 015965 | Guidance Document on Updating VSL Estimates for Inflation and Changes in Real Income |
| 015966 – 016010 | Disability Rights Education & Defense Fund Comment in response to HHS RFI concerning Nondiscrimination in Health Programs or Activities, Aug. 1, 2013. |
| 016011 – 016030 | Disparities in Health Care Access and Receipt of Preventative Services by Disability Type |
| 016031 – 016056 | How Are Disabled People Affected When COVID-19 Health Care Rationing Happens, NPR |
| 016057 – 016063 | How Should We Address Warehousing Persons with Serious Mental Illness in NHs |
| 016064 – 016068 | How to Avoid Discrimination Against the Disabled Patients in Healthcare Resource Allocation |
| 016069 – 016094 | How to Allocate Scarce Health Resources Without Discriminating Against People with Disabilities |
| 016095 – 016104 | H.R. 485, Protecting Health Care for All Patients Act of 2023 |
| 016105 – 016106 | Health Years in Total (HYT) |
| 016107 – 016446 | ICER Modulator Treatments for Cystic Fibrosis: Effectiveness and Value |
| 016447 – 016613 | Siponimod for the Treatment of Secondary Progressive Multiple Sclerosis: Effectiveness and Value |

| | |
|---|---|
| 016614 – 016622 | ICER Analyses Based on the QALY and Consistency with ADA Protections |
| 016623 – 016648 | ICER Analyses Based on the QALY Violate Disability Nondiscrimination Law |
| 016649 – 016650 | H.R. 578, 65th Leg., 2nd Sess. (Idaho 2020) |
| 016651 – 016663 | Identifying and Classifying Medicaid Home and Community-Based Services Claims in the Transformed Medicaid Statistical Information System, 2016-2020 |
| 016664 – 016672 | Associations Between Disability and Breast or Cervical Cancers |
| 016673 – 016682 | Cancer detection, diagnosis, and treatment for adults with disabilities |
| 016683 – 016690 | Eliminating Health and Healthcare Disparity Among People with Disabilities |
| 016691 – 016697 | Physical Access Barriers to Care for Diagnosis and Treatment of Breast Cancer |
| 016698 – 016706 | Trends in Mammography for Women with and Without Disability |
| 016707 – 016712 | Insurers' Determinations on What is Medically Necessary |
| 016713 – 016722 | Physicians' Perceptions of People with Disability and Their Health Care |
| 016723 – 016730 | Recent History of Disability Civil Rights Law |
| 016731 – 016754 | Impartiality and Disability Discrimination |
| 016755 – 016756 | Improved Health State Descriptions Impact to Disabled Patients |
| 016757 – 016774 | Improving Patient Safety Through Provider Communication Strategy Enhancements |
| 016775 – 017055 | Improving Representation in Clinical Trials and Research: Building Research Equity for Women and Underrepresented Groups (2022) |
| 017056 – 017057 | Adults with Disabilities: Ethnicity and Race |
| 017058 – 017085 | Difficulties Obtaining Home- and Community-Based Services and Other Health Care |
| 017086 – 017096 | The intersection of disability and healthcare disparities |
| 017097 – 017100 | Introduction to Understanding WCAG |
| 017101 – 017102 | State of Iowa House File 594 Act |
| 017103 – 017131 | Is The Use of Dalys and Qalys Ethically |

| | |
|---|---|
| 017132 – 017146 | Is there a woodwork Effect? Addressing a 2200-year debate on the impacts of expanding community-based services |
| 017147 – 017155 | Demystifying ICER's equal value of life years gained metric |
| 017156 – 017164 | Are nursing homes appropriate for older adults with severe mental illness? |
| 017165 – 017173 | Medicaid home and community-based services spending for older adults: Is there a "woodwork" effect |
| 017174 – 017180 | Comparing kidney transplant rates and outcomes among adults with and without intellectual and developmental disabilities |
| 017181 – 017190 | Communication Access in Mental Health and Substance Use Treatment Facilities for Deaf American Sign Language Users |
| 017191 – 017202 | American Council of the Blind, Joint Letter to Enforce Accessibility Standards |
| 017203 – 017208 | Kandi Pickard of NDSS testimony before Energy and Commerce Committee, Subcommittee on Health hearing titled, "Lives Worth Living: Addressing the Fentanyl Crisis, Protecting Critical Lifelines, and Combatting Discrimination Against Those with Disabilities" |
| 017209 – 017210 | S.B. 85, Leg., Reg. Sess (Kan. 2021) |
| 017211 – 017217 | What is the Difference Between an App and a Mobile Website? |
| 017218 – 017232 | Knowing When to Stop Futility in The Intensive Care Unit |
| 017233 – 017252 | A Call for Better Data Prevalence and Health Surveillance of People with Intellectual and Developmental Disabilities |
| 017253 – 017261 | Persons With Disabilities as an Unrecognized Health Disparity Population |
| 017262 – 017269 | The Home Care Workforce Has Not Kept Pace with Growth in Home and Community-Based Services |
| 017270 – 017276 | Access to Subspecialty Care for Patients with Mobility Impairment |
| 017277 – 017285 | I Am Not the Doctor for You: Physicians' Attitudes About Caring for People with Disabilities |
| 017286 – 017297 | Child Protection Services and Parents with Intellectual and Developmental Disabilities |
| 017298 – 017301 | Press Release on Senators Calling on HHS to Prevent Discrimination |
| 017302 – 017305 | Press Release on Senators Lankford and Gillibrand Call for HHS OCR to Protect Against Disability Discrimination |
| 017306 – 017309 | Senators James Lankford (R-OK) and Kirsten Gillibrand (D-NY) bicameral letter to the Department of Health and Human Services (HHS) Office for Civil Rights (OCR) to protect against disability discrimination in state and health provider responses to COVID-19. |

| | |
|---|---|
| 017310 – 017312 | Large-Scale Analysis Finds Many Mobile Apps Are Inaccessible |
| 017313 – 017316 | Letter from Deval L. Patrick, Assistant Attorney General, Civil Rights Division, Department of Justice, to Tom Harkin, U.S. Senator (Sept. 9, 1996) |
| 017317 – 017325 | Coalition Letter to HHS OCR on Addressing Healthcare Discrimination |
| 017326 – 017336 | Life-saving treatments and disabilities: Are all Qalys created equal? |
| 017337 – 017341 | What is a third party app |
| 017342 – 017352 | Logical Inconsistencies in The Health Years in Total and Equal Value Of Life-Years Gained |
| 017353 – 017361 | Disparities In Access to Health Care Among Adults with Physical Disabilities |
| 017362 – 017364 | Maine Becoming The 8th State to Legalize Assisted Suicide |
| 017365 – 017418 | Final RIA for Mammography Quality Standards Act |
| 017419 – 017425 | Organ Transplantation, Organ Donation and Mental Retardation |
| 017426 – 017432 | Eligibility Criteria In NIH-Funded Clinical Trials |
| 017433 – 017438 | Fact Sheet on Wheelchair-Accessible MDE Options |
| 017439 – 017445 | Measuring Health Burden Without Discriminating Against the Disabled |
| 017446 – 017459 | FactSheet on Medicaid home- and community-based services: Characteristics and spending of high-cost users |
| 017460 – 017520 | Medicaid Services for People with Intellectual or Developmental Disabilities - Evolution of Addressing Service Needs and Preferences |
| 017521 – 017526 | ACL Wheelchair-Accessible Medical Diagnostic Equipment: Cutting Edge Technology, Cost-Effective for Health Care Providers, and Consumer-Friendly |
| 017527 – 017608 | Medical Futility and Disability Bias Part of the Bioethics and Disability Series |
| 017609 – 017691 | Medical Futility and Disability Discrimination |
| 017692 – 017704 | Medical Futility and Its Challenges: A Review Study |
| 017705 – 017726 | Medical Futility Judgements: Discriminating Or Discriminatory? |
| 017727 – 017732 | Medical Futility and Disability Bias Part of the Bioethics and Disability Series National |

| 017733 – 017739 | Medical Futility, Its Meaning and Ethical Implications |
|---|---|
| 017740 – 017758 | Consequences of Public Policy Regarding Democratic Citizenship |
| 017759 – 017769 | Memo on 19-Inch Lower Adjustable Seat Height as The Minimum Accessibility Standard |
| 017770 – 017790 | Presentation on Healthcare Expenditures in Minnesota |
| 017791 – 017794 | H.B. 138, 100th Gen. Assemb., 1st Reg. Sess. (Mo. 2019) |
| 017795 – 017802 | Advancing Healthy Equity and Reducing Health Disparities for People with Disabilities In The United States |
| 017803 – 017814 | An Evolutionary Concept Analysis of Futility in Health Care |
| 017815 – 017832 | Smartphone Activity Among People with Disabilities |
| 017833 – 017837 | Mortality Gap and Physical Comorbidity of People with Severe Mental Disorders: The Public Health Scandal |
| 017838 – 017846 | Accessible Medical Diagnostic Equipment in Primary Care |
| 017847 – 017855 | Physical Accessibility in Primary Healthcare Settings |
| 017856 – 017862 | Perceptions of Medical Futility in Clinical Practice |
| 017863 – 017881 | The Case for Designating People with Intellectual and Developmental Disabilities as A Medically Underserved Population |
| 017882 – 017888 | MyChart Homepage from Epic |
| 017889 – 017914 | The Heart of The Discrimination Problem: Insufficient State Protection for People with Intellectual and Developmental Disabilities in The Organ Transplant Process |
| 017915 – 017952 | Assisted Suicide: A Disability Perspective |
| 017953 – 017956 | NCD COVID-19 letter to HHS OCR |
| 017957 – 017967 | Call to Action for Crisis Standards of Care During COVID-19 Surge |
| 017968 – 018066 | Home And Community-Based Services: Creating Systems for Success at Home, At Work and In the Community |
| 018067 – 018068 | National Council on Disability Comment on Section 504 RFI |
| 018069 – 018076 | NCD letter to HHS on assisted suicide, medical futility and QALYs reports |
| 018077 – 018105 | Policy Brief on Alternatives to Qaly-Based Cost-Effective Analysis for Determining the Value of Prescription Drugs and Other Health Interventions |

| 018106 – 018306 | Beyond Guardianship: Toward Alternatives That Promote Greater Self-Determination |
|---|---|
| 018307 – 018502 | Medicaid Managed Care for People with Disabilities |
| 018503 – 018566 | The Case for Medicaid Self-Direction |
| 018567 – 018641 | Enforceable Accessible Medical Equipment's Standards |
| 018642 – 018733 | Organ Transplant Discrimination Against People with Disabilities: Part of the Bioethics and Disability Series |
| 018734 – 018822 | Quality-Adjusted Life Years and the Devaluation of Life with Disability: Part of the Bioethics and Disability Series |
| 018823 – 018911 | Responding to Dangers of Congregate Settings during COVID-19 |
| 018912 – 019171 | The Impact Of COVID-19 On People with Disabilities |
| 019172 – 019627 | State of Healthcare for People with Disabilities |
| 019628 – 019642 | Framework To End Health Disparities of People with Disabilities. |
| 019643 – 019720 | The Need for Federal Legislation and Regulation Prohibiting Telecommunications and Information Services Discrimination |
| 019721 – 020074 | Rights of Parents with Disabilities |
| 020075 – 020184 | Report on Deinstitutionalization |
| 020185 – 020188 | Not Dead Yet Article on NCIL Membership Adopts Resolution Opposing Health Insurers' Use of QALYs |
| 020189 – 020194 | Not Dead Yet Article on NCIL Resolution Opposing the Use of QALYs |
| 020195 – 020204 | Identifying and Exploring Bias in Public Opinion on Resource Allocation during Covid-19 |
| 020205 – 020215 | Nursing Home Residents who would benefit from targeted policy making. |
| 020216 – 020017 | Dangers of Diagnostic Overshadowing |
| 020018 – 020221 | Respecting Disability Rights Regarding Standards of Care |
| 020222 – 020234 | Consequences of Access Barriers to Healthcare |
| 020235 – 020238 | New Oregon Law That Bars Discrimination Against People with Disabilities During the Pandemic |
| 020239 – 020247 | 4 Ways Mobile Apps Could Be a Lot More Accessible |

| 020248 –<br>020255 | New York State Medicaid Drug Utilization Review Board Meeting Summary |
|---|---|
| 020256 –<br>020258 | Guidance Document on COVID Field Procedures - National Health Interviews Survey |
| 020259 –<br>020284 | Explicit and Implicit Disability Attitudes of Healthcare Providers |
| 020285 –<br>020309 | Health Disparities of Adults with Intellectual Disabilities |
| 020310 –<br>020313 | Policy Statement from EU Commission on its Web Accessibility Directive |
| 020314 –<br>020317 | Website for the North American Industry Classification System |
| 020318 –<br>020323 | Breast And Cervical Cancer Screening for Women with Physical Disabilities |
| 020324 –<br>020338 | Nursing Home Admissions for People with And Without Serious Mental Illness |
| 020339 –<br>020341 | Press Release on An OCR Case Resolution with Alabama After It Removes Discriminatory Ventilator Triaging Guidelines |
| 020342 –<br>020345 | Press Release on OCR Resolution of Complaint with Tennessee After Updated Crisis Standards of Care |
| 020346 –<br>020348 | Press Release on OCR Resolution of Complaint with Utah After Updated Crisis Standards of Care |
| 020349 –<br>020352 | Press Release on OCR Resolution of Complaint with Individual Denied Heart Transplant |
| 020353 –<br>020355 | Press Release on OCR Voluntary Resolution Agreement With West Virginia For Protecting the Rights of Persons with Disabilities |
| 020356 –<br>020371 | Voluntary Agreement Between OCR and the WV Department of Health and Human Resources |
| 020372 –<br>020385 | Voluntary Agreement Between OCR and the Oregon Department of Human Services |
| 020386 –<br>020389 | Press release titled, Justice Department Finds Maine in Violation of ADA For Over-Institutionalization of Children with Disabilities |
| 020390 –<br>020393 | Press Release on Justice Department ADA Settlement |
| 020394 –<br>020397 | Justice Department Reaches ADA Settlement with Beth Israel Deaconess Medical Center |
| 020398 –<br>020401 | Justice Department Settles with Tufts Medical Center to Better Ensure Equal Access for Individuals with Disabilities |
| 020402 –<br>020413 | CMS Letter to State Medicaid Directors Regarding HCBS Waivers |
| 020414 –<br>020442 | The Implications of Olmstead for The Home Care Workforce |
| 020443 –<br>020444 | Washington Post Opinion Article on Autism Disability Discrimination |

| 020445 – 020450 | S. 1606, 80th Cong., 1st Spec. Sess. (Or. 2020) |
|---|---|
| 020451 – 020458 | Organ Transplant Discrimination Prevention Toolkit |
| 020459 – 020468 | Organ Transplantation and People with IDD: A Review of Research, Policy and Next Steps - Autistic Self Advocacy Network Policy Brief |
| 020469 – 020505 | Organ Transplant Eligibility for Those with Cognitive Disabilities |
| 020506 – 020512 | Organ transplantation, organ donation and mental retardation |
| 020513 – 021247 | CLIA Data Methodology Layout (produced in Native Form as "other_data_mar24.csv") |
| 021248 – 021249 | Over 400 Organizations Urge Department of Health and Human Services to Issue Guidance to Prohibit Discrimination During Medical Rationing |
| 021250 – 021253 | Policy Brief: Child Welfare: Policy strategies for improving child welfare services for parents with disabilities and their children - University of Minnesota Center for Advanced Studies in Child Welfare |
| 021254 – 021286 | Guidance Document on Addressing Trauma Caused by Family Separation |
| 021287 – 021300 | Patient Variability Seldom Assessed in Cost-Effectiveness Studies |
| 021301 – 021304 | Journal Article on the QALY and Disability debate |
| 021305 – 021312 | Report On Out of Home Placement for Children and Adolescents with Disabilities |
| 021313 – 021431 | People Living with Disabilities Workshop |
| 021432 – 021435 | People With Autism, Intellectual Disabilities Fight Bias in Transplants |
| 021436 – 021437 | People with Disabilities COVID-19 CDC |
| 021438 – 021440 | People with Intellectual and Developmental Disabilities and the Allocation of Ventilators |
| 021441 – 021448 | Perceptions of 'Futile Care' Among Caregivers in Intensive Care Units |
| 021449 – 021458 | Perinatal Health Risks and Outcomes Among US Women with Self-Reported Disability, 2011-19 |
| 021459 – 021459 | National Council on Disability - National Disability Policy: A Progress Report |
| 021460 – 021468 | Persons With Disabilities as An Unrecognized Health Disparity Population |
| 021469 – 021650 | Public Comment on The Use of Electrical Stimulation Devices for Self-Injurious and Aggressive Behavior |
| 021651 – 021676 | ICER Analyses Based on the QALY Violate Disability Nondiscrimination Law |

| 021677 – 021682 | Accessibility and Accommodations for Patients with Mobility Disabilities |
|---|---|
| 021683 – 021684 | Position Statement on Physician-Assisted Suicide |
| 021685 – 021703 | Physicians' Perceptions of People with Disability And Their Health Care |
| 021704 – 021721 | Piercing the Pandemic Social Bubble: Disability and Social Media Use About COVID-19 |
| 021722 – 021725 | Misuses Of Quality-of-Life Judgements in End of Life Care |
| 021726 – 021733 | Access To Transplantation for Persons with Intellectual Disability |
| 021734 – 021739 | Placement Disruption in Foster Care |
| 021740 – 021745 | Electric Shock as A Treatment for Challenging Behavior Amongst People with Intellectual and Development Disabilities |
| 021746 – 021757 | Healthcare Access for People with Intellectual and Development Disabilities |
| 021758 – 021758 | NBER Q4 2019 Provider of Service Data (produced in Native Form as "NBER Q4 2019 Provider of Service Data.csv") |
| 021759 – 021761 | Statement on the Use of CESS |
| 021762 – 021764 | Statement On the Use of Electric Shock as An Intervention in The Treatment of Individuals with Disabilities |
| 021765 – 021817 | Powell, Becoming a Disabled Parent |
| 021818 – 021820 | Patients' Rights Action Fund 2019 Public Comment on QALYs |
| 021821 – 021873 | Report On Eliminating Access Barriers to Health Care During Pregnancy |
| 021874 – 021885 | Prevalence of Cancer Screening Among Adults with Disabilities |
| 021886 – 021896 | Risk Of Living at Home Despite Severe Disability |
| 021897 – 021914 | Technical assistance from HHS OCR titled, "Protecting the Rights of Parents and Prospective Parents with Disabilities" |
| 021915 – 021922 | Psychosocial Assessment of Organ Transplant |
| 021923 – 021929 | Push Is on for States to Ban Organ Transplant Discrimination |
| 021930 – 021936 | Journal Article on the flaws on the Quality Adjusted Life Year (QALY) |
| 021937 – 021945 | QALYs, Disability Discrimination and Adaptation |

| 021946 – 021947 | Quarterly Census of Employment and Wages |
|---|---|
| 021948 – 021948 | Data on Percentage of Office-Based Physicians Using Telemedicine Technology |
| 021949 – 022030 | Rationing and Disability |
| 022031 – 022038 | Rationing And Rationality Regarding Discrimination |
| 022039 – 022070 | Recalibrating Transplant Eligibility Criteria |
| 022071 – 022071 | Unified Agenda on Nondiscrimination on the Basis of Disability: Accessibility of Web Information and Services of State and Local Governments |
| 022072 – 022077 | Preventing the residential placement of young children: A multidisciplinary investigation of challenges and opportunities in a rural state |
| 022078 – 022089 | Risk of Adverse Maternal Outcomes in Pregnant Women with Disabilities |
| 022090 – 022101 | Press Release Concerning the Settlement Agreement Under the ADA Between the US Gov and Rite Aid |
| 022102 – 022116 | Health Outcome Disparities Among Subgroups of People with Disabilities |
| 022117 – 022121 | Disability Characteristics - 2019 American Community Survey 1-Year Estimates |
| 022122 – 022141 | Wilkinson, Disability, Discrimination and Death |
| 022142 – 022154 | Cleveland Manchanda, Crisis Standards of Care |
| 022155 – 022160 | Cardiac Transplantation in Adults with Mental Retardation |
| 022161 – 022201 | SBA Table of Size Standards matched to NAICS |
| 022202 – 022214 | Medical Futility |
| 022215 – 022216 | Search for a Certified Facility FDA |
| 022217 – 022229 | Service Use and Unmet Needs Among Adults with Autism Awaiting Medicaid Services |
| 022230 – 022238 | Frequently Asked Questions about Service Animals and the ADA |
| 022239 – 022262 | Agreement Between US Dept Of Justice, US Dept Of HHS, And Massachusetts Dept of Children and Families |
| 022263 – 022285 | Settlement Agreement Under the ADA Between the US Gov and Tufts Medical Center |
| 022286 – 022290 | Settlement Agreement Under the ADA Between the US Gov and Valley Radiological Group, Inc. |

| 022291 – 022301 | Settlement Agreement Under the ADA Between the US Gov and CVS Pharmacy, Inc. |
|---|---|
| 022302 – 022304 | The Intersection of Disability and Pregnancy |
| 022305 – 022308 | Supported Decision-Making Can Advance Clinical Research Participation for People with Disabilities |
| 022309 – 022316 | Simon's Law, Who Decides - Global Genes |
| 022317 – 022319 | H.B. 1055, 94th Leg., Reg. Sess. (S.D. 2019) |
| 022320 – 022320 | Standard RIA Values 2024 (produced in Native Form as "standard-ria-values-2024.xlsx") |
| 022321 – 022339 | Report On Home and Community-Based Services Under Medicaid Section 1915(C) |
| 022340 – 022348 | Statement of the Department of Justice on Enforcement of the Integration Mandate of Title II of the Americans with Disabilities Act and Olmstead v. L.C. |
| 022349 – 022364 | Statement of the Department of Justice on Enforcement of the Integration Mandate of Title II of the Americans with Disabilities Act and Olmstead v. L.C. |
| 022365 – 022386 | Stereotypes, Parents with Intellectual Disability and Child Protection |
| 022387 – 022393 | Healthcare Utilization and Associated Barriers Experienced by Wheelchair Users |
| 022394 – 022405 | Story Perspectives of Patients with Disabilities on The Accessibility of Medical Equipment |
| 022406 – 022428 | Report On Bioethics, Adaptive Preferences, And Judging the Quality of a Life with Disability |
| 022429 – 022434 | Structural Impairments That Limit Access to Health Care for Patients with Disabilities |
| 022435 – 022452 | A Report on Index Scores for Chronic Conditions in The United States |
| 022453 – 022461 | Report On the Effect of Home and Community-Based Services on Social Engagement |
| 022462 – 022502 | Table of Size Standards Effective, March 17, 2023 |
| 022503 – 022503 | NAICS Capital Expenditures for Structures 2019 Revised (produced in Native Form as "NAICS Capital Expenditures for Structures 2019 Revised.xlsx") |
| 022504 – 022508 | Tables Created by BLS, U.S. Bureau of Labor Statistics |
| 022509 | TAGGSExport 2017-2022, Elementary and Secondary Schools |
| 022510 – 022531 | Taking Choice Seriously in Olmstead Jurisprudence |

| 022532 – 022535 | Task Force Recommends Biennial Mammograms Starting At 40, AHA News |
| 022536 – 022546 | The Association of the Medicaid 1915(c) Home and Community-Based Services Waivers |
| 022547 – 022551 | The Axes of Access - Improving Care for Patients with Disabilities |
| 022552 – 022572 | The Child Care Crisis Disproportionately Affects Children with Disabilities |
| 022573 – 022607 | The Complicated Relationship of Disability and Wellbeing |
| 022608 – 022622 | The Constitutional Right to Community Services |
| 022623 – 022660 | The Definition of Institution and Future of Olmstead Litigation |
| 022661 – 022695 | The Frailty of Disability Rights |
| 022696 – 022721 | The Heart of the Discrimination Problem: Insufficient State Protection for People with Intellectual and Developmental Disabilities in the Organ Transplant Process |
| 022722 – 022981 | The Impact of COVID-19 on People with Disabilities |
| 022982 – 022989 | Termination of Parental Rights Due to Disability |
| 022990 – 023006 | The Internet and the Pandemic |
| 023007 – 023056 | The Past and Future of Deinstitutionalization Litigation |
| 023057 – 023064 | The QALY is ableist |
| 023065 – 023074 | The Role of Adaptation to Disability and Disease in Health State Valuation |
| 023075 – 023129 | The Surgeon General's Call to Action to Improve the Health and Wellness of Persons with Disabilities |
| 023130 – 023137 | The Time is Now to Vaccinate High-Risk People with Disabilities |
| 023138 – 023167 | The Treatment of Disability under Crisis Standards of Care: An Empirical and Normative Analysis of Change over Time during COVID-19 |
| 023168 – 023197 | The Treatment of Disability under Crisis Standards of Care: An Empirical and Normative Analysis of Change over Time during COVID-19 |
| 023198 – 023201 | Two Viewpoints Regarding the Ashley Treatment |
| 023202 – 023212 | The Critical Role of Web Accessibility in Health Information Access, Understanding, and Use |
| 023213 – 023226 | They say their children are being denied transplants because of their disabilities. A new federal law may help change that. |

| 023227 – 023486 | Title II Web and Mobile App Access - Regulatory Impact Analysis |
|---|---|
| 023487 – 023516 | Treatment of Disability Under Crisis Standards of Care from COVID-19 |
| 023517 – 023521 | Trends in Use of Telehealth Among Health Centers During the COVID-19 Pandemic |
| 023522 – 023536 | Twenty-year mortality of a community cohort with schizophrenia |
| 023537 – 023552 | The Implications of Olmstead v. L.C. on Medicaid's Role in Long-Term Services |
| 023553 – 023600 | U.S. Access Board, MDE Accessibility Standards |
| 023601 – 023608 | Table showing implicit price deflators for GDP |
| 023609 – 023611 | U.S. State Legislation Supporting Parents with Disabilities - National Research Center for Parents with Disabilities - The Heller School |
| 023612 – 023626 | W3C Understanding Conformance, Understanding WCAG 2.0 |
| 023627 – 023651 | W3C Understanding Conformance, WCAG 2.1 Understanding Docs |
| 023652 – 023654 | W3C Captions (Live), Understanding SC 1.2.4, Understanding WCAG 2.0 |
| 023655 – 023669 | Deinstitutionalization and Medicaid policy |
| 023670 – 023684 | What Practicing U.S. Physicians Know About the Americans with Disabilities Act and Accommodating Patients with Disability |
| 023685 – 023700 | US State Government Crisis Standards of Care Guidelines |
| 023701 – 023701 | 2017 NAICS Data (produced in Native Form as "us_state_6digitnaics_2017.xlsx") |
| 023702 – 023702 | 2019 NAICS Data (produced in Native Form as "us_state_6digitnaics_2019.xlsx") |
| 023703 – 023718 | Use Of Commodities by Industries |
| 023719 – 023725 | Parental Disability as a Removal Reason for Foster Care Children |
| 023726 – 023737 | Users' Experiences with Home Mechanical Ventilation: A Review of Qualitative Studies |
| 023738 – 023742 | Article on Disability in Medical Law |
| 023743 – 023757 | Vaccine Website Accessibility Johns Hopkins University Disability Health Research Center |
| 023758 – 023769 | Explicit and Implicit Disability Attitudes of Healthcare Providers |

| 023770 – 023780 | Variation in Ventilator Allocation Guidelines by US State During the Coronavirus Disease 2019 Pandemic |
|---|---|
| 023781 – 023794 | Voluntary Resolution Agreement Between US Dept Of HHS OCR And Oregon Dept of Human Services |
| 023795 – 023799 | Supporting adults with intellectual and developmental disabilities to participate in health care decision making |
| 023800 – 023841 | W3C Accessibility Guidelines (WCAG) 3.0 Working Draft |
| 023842 – 023850 | Genetic disease and intellectual disability as contraindications to transplant listing in the United States: A survey of heart, kidney, liver and lung transplant programs |
| 023851 – 023852 | Washington Hospital Center Fact Sheet |
| 023853 – 023858 | WCAG 2 Overview |
| 023859 – 023859 | ICT Accessibility 508 Standards Section E202.7 |
| 023860 – 023866 | Web Accessibility Laws & Policies, Law and Policy Overview Table by Country |
| 023667 – 023905 | Web Accessibility Laws & Policies _ Web Accessibility Initiative (WAI) _ W3C |
| 023906 – 023909 | Pricing of Different Web Accessibility Services |
| 023910 – 024000 | Web Content Accessibility Guidelines (WCAG) 2.1 W3C recommendation |
| 024001 – 024083 | Web Content Accessibility Guidelines (WCAG) 2.1_June 2018 |
| 024084 – 024182 | Web Content Accessibility Guidelines (WCAG) 2.2 W3C recommendation |
| 024183 – 024212 | United States' Investigation of the West Virginia Children's Mental Health System Pursuant to the Americans with Disabilities Act |
| 024213 – 024225 | Ethics in Intellectual Disabilities Research |
| 024226 – 024239 | What's New in WCAG 2.1 |
| 024240 – 024251 | What's New in WCAG 2.2 |
| 024252 – 024257 | ADA Requirements: Wheelchairs, Mobility Aids, and Other Power-Driven Mobility Devices |
| 024258 – 024325 | Northwestern School of Law Article on Disability Rights Law Implications |
| 024326 – 024351 | Who Gets the Ventilator, Disability Discrimination in COVID-19 Me |
| 024352 – 024360 | Whose quality of life? A commentary exploring discrepancies between health state evaluations of patients and the general public |

| 024361 – 024363 | Why We Oppose Assisted Suicide Laws, Not Dead Yet |
|---|---|
| 024364 – 024366 | U.S. Dep't of Health & Human Servs., Off. for Civil Rights, HHS Office for Civil Rights Takes Action to Ensure Effective Communication for Those Who Are Deaf or Hard of Hearing |
| 024367 – 024368 | U.S. Dep't of Justice, Justice Department Secures Agreement with Hospital to Ensure Effective Communication with Deaf Patients and Companions |
| 024369 – 024373 | U.S. Dep't of Health & Human Servs., Off. for Civil Rights, Disability Resources for Effective Communication |
| 024374 – 024385 | U.S. Dep't of Justice, ADA Requirements: Effective Communication |
| 024386 – 024389 | W3C, Denmark (Denmark) |
| 024390 – 024393 | W3C, *Introduction to Understanding WCAG* |
| 024394 – 024406 | Letter from Am. Ass'n of People with Disabilities et al. to the Department |
| 024407 – 024457 | Consent Decree, *Dudley* v. *Miami Univ.* |
| 024458 – 024474 | Consent Decree, *United States* v. *The Regents of the Univ. of Cal.* |
| 024475 – 024483 | Settlement Agreement Between the United States of America and the Champaign-Urbana Mass Transit District |
| 024484 – 024499 | Settlement Agreement Between the United States of America, Louisiana Tech University, and the Board of Supervisors for the University of Louisiana System Under the Americans with Disabilities Act |
| 024500 – 024527 | Settlement Agreement Between the United States of America and Nueces County, Texas Under the Americans with Disabilities Act |
| 024528 – 024552 | Settlement Agreement Between the United States of America and the City and County of Denver, Colorado Under the Americans with Disabilities Act (Jan. 8, 2018), |
| 024553 – 024555 | *About Rural Healthcare,* NHRA |
| 024556 – 024604 | NORC Walsh Ctr. for Rural Health Analysis & Rural Health Info. Hub, *Access to Care for Rural People with Disabilities Toolkit,* |
| 024605 – 024640 | U.S. Dep't of Health & Hum. Servs., Health Rsch. & Servs. Admin., Strengthening the Rural Health Workforce to Improve Health Outcomes in Rural Communities, 13-14 (Apr. 2022), |
| 024641 – 024647 | W3C, *Understanding Techniques for WCAG Success Criteria* |
| 024648 – 024660 | Am. Psychiatric Ass'n, Diagnostic and Statistical Manual of Mental Disorders (5th ed. text rev. 2022) |
| 024661 – 024664 | W3C, *Understanding SC 4.1.1: Parsing (Level A)* |

| 024665 – 024674 | W3C, *WCAG 2 FAQ* |
|---|---|
| 024675 – 024677 | 1 Tex. Admin. Code 206.50, 213.21; Tex. Dep't of Info. Res., *EIR Accessibility Tools & Training* |
| 024678 – 024686 | Commission Implementing Decision (EU) 2018/1524 |
| 024687 – 024695 | Government of Canada, Standard on Web Accessibility |
| 024696 – 024767 | New Zealand Government, 2017 Web Standards Self-Assessments Report |
| 024768 – 024772 | New Zealand Government, About the Web Accessibility Standard |
| 024773 – 024781 | New Zealand Government, Web Standards Risk Assessment |
| 024782 – 024787 | United Kingdom, Public sector website and mobile application accessibility monitoring |
| 024788 – 024799 | United Kingdom, Understanding accessibility requirements for public sector bodies |
| 024800 – 024808 | *2024 Mammography Price Guide,* Block Imaging, |
| 024809 – 024809 | U.S. Access Board, Access Board Review of MDE Low Height and MSRP |
| 024810 – 024814 | Sarah Bauer et al., *Disability and Physical and Communication-related Barriers to Health Care Related Services Among Florida Residents: A Brief Report,* 9 Disability and Health J. 552, |
| 024815 – 024819 | Henning Smith, *Delayed and Unmet Need for Medical Care Among Publicly Insured Adults with Disabilities,* 51 Medical Care 1015 |
| 024820 – 024822 | Michael Karpman et al., Urban institute Health Policy Center, QuickTake: Even with Coverage, Many Adults Have Problems Getting Health Care, with Problems Most Prevalent among Adults with Disabilities |
| 024823 – 024831 | Amanda Reichard et al, *Prevalence and Reasons for Delaying and Foregoing Necessary Care by the Presence and Type of Disability Among Working-age Adults,* 10 Disability and Health J. 39 |
| 024832 – 024837 | Michelle Stransky et al., *Provider Continuity and Reasons for not Having a Provider Among Persons with and Without Disabilities,* 12 Disability and Health J. 131, (Jan. 2019), |
| 024838 – 024841 | ADA National Network, Accessible Medical Examination Tables and Chairs |
| 024842 – 024845 | ADA National Network Factsheet Accessible MDE |
| 024846 – 024867 | U.S. Dep't of Health & Human Servs., U.S. Dep't of Justice, *Access to Medical Care for Individuals with Mobility Disabilities* |
| 024868 – 025005 | U.S. Dep't of Justice, Title VI Legal Manual, sec. V.C |

| 025006 – 025023 | Skynet Technologies, *How much does it cost to make a website ADA compliant? What are the factors that impact the cost?* |
|---|---|
| 025024 – 025027 | U.S. Dep't of Educ., Section 504 Protections for Students with Diabetes (2024) |
| 025028 – 025044 | U.S. Dep't of Justice, Commonly Asked Questions About Childcare Centers and the Americans with Disabilities Act (2020) |
| 025045 – 025049 | U.S. Dep't of Health & Human Servs., Off. for Civil Rts, Medical School Curriculum Initiative in partnership with the Association of American Medical Colleges |
| 025050 – 025077 | U.S. Dep't of Health & Human Servs., Off. for Civil Rts., Civil Rights and COVID–19 |
| 025078 – 025082 | Dep't of Health & Human Servs., Off. for Civil Rts., HHS Issues New Guidance for Health Care Providers on Civil Rights Protections for People with Disabilities |
| 025083 – 025088 | U.S. Dep't of Justice, Algorithms, Artificial Intelligence, and Disability Discrimination in Hiring |
| 025089 – 025108 | U.S. Equal Emp't Opportunity Comm'n, EEOC–NVTA–2022–2, The Americans with Disabilities Act and the Use of Software, Algorithms, and Artificial Intelligence to Assess Job Applicants and Employees |
| 025109 – 025115 | U.S. Dep't of Health & Human Servs., Off. for Civil Rts., HHS Office for Civil Rights Secures Agreement with Commonwealth of Pennsylvania to Advance the Rights of People in Recovery and Involved in Child Welfare Services |
| 025116 – 025124 | U.S. Dep't of Health & Human Servs., U.S. Dep't of Justice, Guidance on "Long COVID" as a Disability Under the ADA, section 504, and section 1557 |
| 025125 – 025129 | U.S. Dep't of Health & Human Servs., Admin. for Child. & Fam., Children's Bureau, Reducing the Use of Congregate Care |
| 025130 – 025153 | FR62_U.S. DHHS ACF Children's Child Welfare Question 2.pdf |
| 025154 – 025161 | Ctrs. for Disease Control & Prevention, Environmental Infection Control Guidelines, Animals in Health-Care Facilities |
| 025162 – 025167 | U.S. Dep't of Health & Human Servs. & U.S. Dep't of Housing & Urban Dev., Fact Sheet: Advancing Community Living Through Coordination Between Housing and Voluntary Community Services |
| 025168 – 025278 | Nat'l Council on Disability, Preserving Our Freedom: Ending Institutionalization of People with Disabilities During and After Disasters |
| 025279 – 025284 | U.S. Dep't of Health & Human Servs., Off. for Civil Rts., Bulletin: Civil Rights, HIPAA, and the Coronavirus Disease 2019 (COVID–19) |
| 025285 – 025286 | ADAPT et al., Community Integration for People with Disabilities: Key Principles |
| 025287 – 025651 | U.S. Dep't of Health & Human Servs., Ctrs. for Medicare & Medicaid Servs, Instructions, Technical Guidance and Review Criteria: Application for a §1915(c) Home and Community Based-Waiver, 15 |

| 025652 – 025668 | Transcript of listening session with OCR stakeholders. Held February 24, 2022. |
| 025669 – 025694 | Transcript of listening session with OCR stakeholders. Held February 28, 2022. |
| 025695 – 025706 | Guidance document on accessible telehealth for people with disabilities |
| 025707 – 025709 | Guidance document on accessible EIT for people with disabilities |
| 025710 – 025712 | TA to the State of Arizona on non-discriminatory crisis standard of care procedures during COVID-19 |
| 025713 – 025724 | JF Scherr et al., Utilizing Telehealth to Create a Clinical Model of Care for Patients with Batten Disease and other Rare Diseases |
| 025725 – 025742 | Kathleen Bogart et al., Healthcare Access, Satisfaction, and Health-related Quality of Life Among Children and Adults with Rare Diseases |
| 025743 – 025744 | Letter from DOJ to Senator Grassly on ADA Website Accessibility |
| 025745 – 025748 | October 12, 2016, Letter from 30 Members of Congress to HHS OCR Organ Transplant |
| 025749 – 025752 | Bicameral letter to the Department of Health and Human Services (HHS) Office for Civil Rights (OCR) re: Request for Information (May 26, 2021) |
| 025753 – 025797 | 504 Request for Information, January 15, 2021 |

| Bates Number | Document | Native File name |
|---|---|---|
| 011523 – 011523 | U.S. Census Bureau State and Local Government Finances.xlsx | U.S. Census Bureau State and Local Government Finances.xlsx |
| 011962 – 012696 | Access Board Excel Workbook on Exam Table Costs and Heights | 2023_12_13_Access Board Excel Workbook on Exam Table Costs and Heights.xlsx |
| 013149 – 013149 | Accreditation Facility List ACR | accreditationfacilitylist.acr.org.xls |
| 014187 – 014187 | Investment Data in Private Nonresidential Fixed Assessments | detailnonres_inv1.xlsx |
| 014327 – 014327 | Disability and Health Data System DHDS 20240508.csv | Disability and Health Data System DHDS 20240508.csv |
| 020513 – 021247 | CLIA Data Methodology Layout | other_data_mar24.csv |
| 021758 – 021758 | NBER Q4 2019 Provider of Service Data.csv | NBER Q4 2019 Provider of Service Data.csv |
| 022320 – 022320 | Standard RIA Values 2024 | standard-ria-values-2024.xlsx |
| 022503 – 022503 | NAICS Capital Expenditures for Structures 2019 Revised.xlsx | NAICS Capital Expenditures for Structures 2019 Revised.xlsx |
| 023701 – 023701 | 2017 NAICS Data | us_state_6digitnaics_2017.xlsx |

| 023702 – 023702 | 2019 NAICS Data | us_state_6digitnaics_2019.xlsx |
|---|---|---|