# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br> STATE OF ALASKA, <br> STATE OF ALABAMA, <br> STATE OF ARKANSAS, <br> STATE OF FLORIDA, <br> STATE OF GEORGIA, <br> STATE OF INDIANA, <br> STATE OF IOWA, <br> STATE OF KANSAS, <br> STATE OF LOUISIANA, <br> STATE IF MISSOURI, <br> STATE OF MONTANA, <br> STATE OF NEBRASKA, <br> STATE OF SOUTH CAROLINA, <br> STATE OF SOUTH DAKOTA, <br> STATE OF UTAH, AND <br> STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official Capacity as Secretary of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants*. | CASE NO. 5:24-CV-00225-C |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

1

Plaintiffs respectfully request to amend the Court's initial scheduling schedule, Dkt. 25, to allow each Party an additional 14 days to file their respective briefings. Plaintiffs' original Cross-Motion for Summary Judgment is due on January 15, 2025. Defendants' combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment is is currently due on February 12, 2025. Plaintiffs' combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply to Defendants' Opposition is currently due on March 12, 2025. Finally, Defendants' Reply to Plaintiffs' Opposition is due on April 9, 2025. Plaintiffs now request that these deadlines each be extended by 14 days.

Good cause exists for this extension. Per the Court's scheduling order. The administrative record for this matter was filed on December 15, 2024. Dkt. 25. The administrative record is voluminous, comprising of over 23,000 pages. Due to the holidays, as well as some technical issues transmitting the record amongst co-plaintiffs, Plaintiffs have not had adequate time to conduct a thorough analysis of the administrative record.

This extension will not prejudice the parties, as shown by Defendants' lack of opposition. It also will not interfere with any hearings in this proceeding, as none have been scheduled yet.

## Conclusion

For the foregoing reasons, the Court should amend the current scheduling order, Dkt. 25, extending each applicable briefing deadline by 14 days. A proposed order is attached.

Dated: January 10, 2025.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

Respectfully submitted,

**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas State Bar No. 24105085
ryan.walters@oag.texas.gov

*/s/ Zachary L. Rhines*
**ZACHARY L. RHINES**
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

**KYLE S. TEBO**
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2100
Fax: 512-457-4410

**COUNSEL FOR STATE OF TEXAS**

TREG TAYLOR
Attorney General of Alaska

*/s/ Christopher A. Robison*
**CHRISTOPHER A. ROBISON**
Alaska Bar No. 2111126
Texas Bar No. 24035720

**LAURA O. RUSSELL***
Alaska Bar No. 1311106

Assistant Attorneys General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5100
chris.robison@alaska.gov
laura.russell@alaska.gov

**COUNSEL FOR ALASKA**
*Pro Hac Vice Application forthcoming*

STEVE MARSHALL
Attorney General of Alabama

*/s/ Edmund G. LaCour Jr.*
**EDMUND G. LACOUR JR.**
Solicitor General
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
edmund.lacour@alabamaag.gov

**COUNSEL FOR ALABAMA**

TIM GRIFFIN
Attorney General of Arkansas

/s/ Nicholas J. Bronni
**NICHOLAS J. BRONNI**
Solicitor General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
nicholas.bronni@arkansasag.gov

**COUNSEL FOR ARKANSAS**

ASHLEY MOODY
Attorney General of Florida

s/ James Percival
**JAMES H. PERCIVAL\***
Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone:  (850) 414-3300
Facsimile:   (850) 410-2672
james.percival@myfloridalegal.com

**COUNSEL FOR FLORIDA**
*Pro Hac Vice Application forthcoming*

CHRISTOPHER M. CARR
Attorney General of Georgia

/s/ Stephen J. Petrany
**STEPHEN J. PETRANY\***
Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone:   (404) 458-3408
spetrany@law.ga.gov

**COUNSEL FOR GEORGIA**
*Pro Hac Vice Application forthcoming*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ James A. Barta
**JAMES A. BARTA\***
Solicitor General
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone:   (317) 232-0709
james.barta@atg.in.gov

**COUNSEL FOR INDIANA**
*Pro Hac Vice Application forthcoming*

BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
**ERIC H. WESSAN**
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Telephone:   (515) 823-9117
Facsimile:   (515) 281-4209
eric.wessan@ag.iowa.gov

**COUNSEL FOR IOWA**

KRIS KOBACH
Attorney General of Kansas

/s/ Abhishek Kambli
**ABHISHEK KAMBLI\***
20 SW 10th Ave, 2nd Floor,
Topeka, Kansas 66612-1597
Telephone:   (785) 296-2215
abhishek.kambli@ag.ks.gov

**COUNSEL FOR KANSAS**
*Pro Hac Vice Application forthcoming*

ELIZABETH B. MURRILL
Attorney General of Louisiana

*s/ J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA***
Solicitor General
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
Telephone:    (225) 506-3746
aguinagab@ag.louisiana.gov

**COUNSEL FOR LOUISIANA**
*\*Pro Hac Vice Application forthcoming*

ANDREW BAILEY
Attorney General of Missouri

*/s/ Josh Divine*
**JOSH DIVINE**
Solicitor General
Office of the Attorney General
815 Olive St., Suite 200
St. Louis, Missouri 63188
josh.divine@ago.mo.gov

**COUNSEL FOR MISSOURI**

AUSTIN KNUDSEN
Attorney General of Montana

*/s/ Christian B. Corrigan*
**CHRISTIAN B. CORRIGAN***
Solicitor General
**PETER M. TORSTENSEN, JR.***
Deputy Solicitor General
Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
Telephone: (406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

**COUNSEL FOR MONTANA**
*\*Pro Hac Vice Application forthcoming*

MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/ Grant D. Strobl*
**GRANT D. STROBL**
Assistant Solicitor General
2115 State Capitol
Lincoln, NE 68509
Telephone:    (531) 207-3853
grant.strobl@nebraska.gov

**COUNSEL FOR NEBRASKA**

ALAN WILSON
Attorney General of South Carolina

*s/ J. Emory Smith, Jr.*
**JAMES EMORY SMITH, JR.***
Deputy Solicitor General
Office of the Attorney General
PO Box 11549
Columbia, South Carolina 29211
Telephone:  (803) 734-3642
Facsimile:    (803) 734-3677
esmith@scag.gov

**COUNSEL FOR SOUTH CAROLINA**
*\*Pro Hac Vice Application forthcoming*

MARTY JACKLEY
Attorney General of South Dakota

*/s/ Aaron Salberg*
**AARON SALBERG***
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone:  (605) 773-3215
aaron.salberg@state.sd.us

**COUNSEL FOR SOUTH DAKOTA**
*\*Pro Hac Vice Application forthcoming*

| | |
|---|---|
| SEAN D. REYES<br>Attorney General of Utah<br>Office of the Attorney General<br>PO Box 142320<br>Salt Lake City, Utah 84114-2320<br>*/s/ Scott St. John*<br>**SCOTT ST. JOHN***<br>St. John LLC<br>1701 Jefferson Avenue<br>New Orleans, LA 70115<br>Telephone:     (410) 212-3475<br>scottstjohn@agutah.gov<br>scott@stjohnlaw.com<br>**COUNSEL FOR UTAH**<br>**Pro Hac Vice Application forthcoming* | PATRICK MORRISEY<br>Attorney General of West Virginia<br>*/s/ Michael R. Williams*<br>**MICHAEL R. WILLIAMS***<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, West Virginia 25305<br>Telephone:     (681)-313-4511<br>Facsimile:     (304) 558-0140<br>michael.r.williams@wvago.gov<br>**COUNSEL FOR WEST VIRGINIA**<br>**Pro Hac Vice Application forthcoming* |

### CERTIFICATE OF CONFERENCE

I hereby certify that on January 10, 2025, counsel conferred with opposing counsel, via email regarding this Motion. Defendants do not oppose the amended scheduling order.

*/s/ Zachary Rhines*
Zachary Rhines

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 10, 2025 and that all counsel of record were served by CM/ECF.

*/s/ Zachary Rhines*
Zachary Rhines