UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

XAVIER BECERRA, In His Official Capacity as Secretary of Health and Human Services, et al.,

    Defendants.

No. 5:24-CV-0225-H

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Amend Scheduling Order. More specifically, the Parties seek an extension of 14 days for each of the deadlines related to the cross-motions for summary judgment, along with the deadlines for the respective responses and replies. For the reasons stated in the Motion, the Court finds good cause for the extension and the Motion is **GRANTED**. *See* Fed. R. Civ. P. 16(b)(4).

Thus, the deadlines in the Court's previous scheduling order (Dkt. No. 25) are amended as set forth below. The applicable briefing deadlines set forth in the Court's initial Scheduling Order (Dkt. No. 25) are each extended by 14 days.

| Item | Current Deadline | New Deadline |
| --- | --- | --- |
| Plaintiffs' Cross-Motion for Summary Judgment | January 15, 2025 | January 29, 2025 |
| Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | February 12, 2025 | February 26, 2025 |
| Plaintiffs' Combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply to Defendants' Opposition | March 12, 2025 | March 26, 2025 |

| Defendants' Reply to Plaintiffs' Opposition | April 9, 2025 | April 23, 2025 |
|---|---|---|
| | | |

So ordered on January 14, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE