# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

STATE OF TEXAS, *et al.,*

    *Plaintiffs,*

    v.                                                              Case No. 5:24-cv-00225-C

XAVIER BECERRA, in his official
Capacity as Secretary of Health and
Human Services; UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    *Defendants.*
_____/

## **MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff State of Florida, by and through its Attorney General, respectfully requests the Court to enter an order permitting Christine K. Pratt, Counsel to the Attorney General, to substitute counsel in the above-captioned case and replace James H. Percival as lead counsel. The undersigned is a member in good standing with the State Bar of Florida and is admitted and authorized to practice in the Northern District of Texas. Her contact information is in the signature block below. Copies of all pleadings, notices, orders, and correspondence regarding the above-styled case are requested to

be served on the undersigned. James H. Percival is to be removed from all notifications and future correspondence in this matter.

>Respectfully submitted.
>
>Ashley Moody
>ATTORNEY GENERAL
>
>*/s/ Christine K. Pratt*
>Christine K. Pratt (100351)
>COUNSELOR TO THE ATTORNEY GENERAL
>
>Office of the Attorney General
>The Capitol, Pl-01
>Tallahassee, Florida 32399-1050
>(850) 414-3300
>(850) 410-2672 (fax)
>Christine.pratt@myfloridalegal.com
>
>*Counsel for the Attorney General*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 15th day of January, 2025.

*/s/ Christine K. Pratt*
Christine K. Pratt

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

STATE OF TEXAS, *et al.*,

    *Plaintiffs*,

v.                                                                  Case No. 5:24-cv-00225-C

XAVIER BECERRA, in his official
Capacity as Secretary of Health and
Human Services; UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    *Defendants*.

_____/

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff State of Florida's Motion to Substitute Counsel, it is hereby ORDERED that the Motion is GRANTED. Christine K. Pratt will appear as lead counsel on behalf of Plaintiff State of Florida.

SO ORDERED this _____ day of _____, 2025.

 

_____
Hon. Sam R. Cummings
Senior United States District Judge

4