**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS, et al., | |
| *Plaintiffs*, | |
| v. | No. 5:24-cv-225-C |
| XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services, et al., | |
| *Defendants*. | |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

Defendants hereby file the administrative record for the final rule at issue in this matter,

*Nondiscrimination on the Basis of Disability in Programs or Activities Receiving Federal*

*Financial Assistance*, 89 Fed. Reg. 40,066 (May 9, 2024), which was produced to Plaintiffs on

December 15, 2024. Although Defendants originally did not file the record because of its

voluminous size, *see* ECF No. 28, Defendants have elected to do so now (with the exception of

excel data files that were produced in native format due to formatting issues) upon further

consideration and in the interest of facilitating the Court's access.

Dated: January 17, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Trial Attorney
U.S. Department of Justice

1

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

/s/ *John T. Lewis*
John T. Lewis