UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services, et al.,<br><br>*Defendants*. | No. 5:24-cv-225 |

**UNOPPOSED MOTION FOR STAY OF ALL DEADLINES**

Defendants respectfully notify the Court that on January 20, 2025, the President of the United States issued an Executive Order titled "Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government," which reflects the position of the United States and provides that agencies shall not "promote or otherwise inculcate gender ideology." In light of that executive order, Defendants require additional time to evaluate their position in this case and determine how best to proceed.

Accordingly, Defendants respectfully request that the Court stay the current briefing schedule, including: Plaintiffs' Cross-Motion for Summary Judgment due by 01/29/2025; Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment due by 02/26/2025; Plaintiffs' Combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply to Defendants' Opposition due by 03/26/2025; and Defendants' Reply to Plaintiffs' Opposition due by 04/23/2025.

1

Defendants propose to meet and confer with Plaintiffs about how to proceed in this case and intend to file a Joint Status Report ("JSR") with the Court within 30 days of the Court's ruling on this Motion. The JSR will address how the parties wish to proceed in light of the recent executive order.

Defendants have conferred with Plaintiffs' counsel and Plaintiffs are unopposed.

A proposed Order is attached.

Dated: January 24, 2025                    Respectfully submitted,

                                                                BRETT A. SHUMATE
                                                                Acting Assistant Attorney General
                                                                Civil Division

                                                                EMILY B. NESTLER
                                                                Assistant Branch Director

                                                                */s/ Jason K. Altabet*
                                                                Jason K. Altabet
                                                                Trial Attorney (Md. Bar No. 2211280012)
                                                                U.S. Department of Justice
                                                                Civil Division, Federal Programs Branch
                                                                1100 L Street NW
                                                                Washington, D.C. 20005
                                                                Tel: (202) 305-0727
                                                                Fax: (202) 616-8460
                                                                E-mail: jason.k.altabet2@usdoj.gov

                                                                *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 23, 2025 Jason Altabet conferred with Plaintiffs' counsel via email and over the phone and that on January 24, 2025, Zachary Rhines stated via email that Plaintiffs do not oppose the motion.

*/s/ Jason K. Altabet*
Jason K. Altabet