UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services, et al., <br><br> *Defendants*. | No. 5:24-cv-225-H |

### ORDER GRANTING STAY OF ALL DEADLINES

Before the Court is Defendants' Unopposed Motion For Stay of All Deadlines (ECF No. 43). After due consideration of Defendants' Motion and applicable law, the Court finds that the motion should be and hereby is **GRANTED** and **ORDERS** as follows:

The current briefing schedule is hereby **STAYED** pending further order of the Court.

The parties shall meet and confer within 30 days and file a Joint Status Report to update the Court on how the parties plan to proceed in this case

**SO ORDERED**

Date: _____          _____

James W. Hendrix
United States District Court Judge