UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    *Defendants.* | CASE NO. 5:24-CV-00225-H |

### PLAINTIFF STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW RYAN WALTERS AS COUNSEL

Plaintiff, the State of Texas (Texas), files this Unopposed Motion to Withdraw Ryan Walters as counsel of record in this matter.

Mr. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this case, and Texas respectfully requests that he be withdrawn as counsel of record in this case. Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

1

| | |
|---|---|
| Dated: January 30, 2025. | Respectfully submitted, |
| | /s/ Zachary L. Rhines |
| KEN PAXTON<br>Attorney General of Texas | **ZACHARY L. RHINES**<br>Special Counsel<br>Texas State Bar No. 24116957<br>zachary.rhines@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | **KYLE S. TEBO**<br>Special Counsel<br>Texas State Bar No. 24137691<br>kyle.tebo@oag.texas.gov |
| AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 463-2100<br>Fax: 512-457-4410 |
| RYAN KERCHER<br>Deputy Division Chief, Special Litigation Division | |
| | COUNSEL FOR STATE OF TEXAS |

### CERTIFICATE OF CONFERENCE

I hereby certify that on January 30, 2025, this office conferred with all counsel by email, and none were opposed to this motion.

/s/ Zachary L. Rhines
ZACHARY L. RHINES
Special Counsel

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on January 30, 2025, a true and correct copy of the above and foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ Zachary L. Rhines
ZACHARY L. RHINES
Special Counsel