UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

        No. 5:24-CV-225-H

XAVIER BECERRA, In His Official
Capacity as Secretary of Health and Human
Services, et al.,

    Defendants.

## ORDER GRANTING MOTIONS TO WITHDRAW

Before the Court are Ryan Walters's and Abhishek Kambli's motions to withdraw as

counsel (Dkt. Nos. 46, 47). The Court grants the motions. Walters and Kambli are relieved

of their obligations and duties in this case as counsel for the States of Texas and Kansas,

respectively.

So ordered on February 3, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE