# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>    Defendants. | Case No. 5:24-cv-00225-C |

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff State of Utah, by and through its Attorney General, respectfully requests the Court to enter an order permitting Stanford E. Purser, Utah Solicitor General, to substitute counsel in the above-captioned case and replace Scott St. John as lead counsel.  The undersigned is a member in good standing with the State Bar of Utah and is admitted and authorized to practice in the Northern District of Texas.  His contact information is in the signature block below.  Copies of all pleadings, notices, orders, and correspondence regarding the above-styled case are requested to be served on the undersigned.  Scott St. John is to be removed from all notifications and future correspondence in this matter.

Respectfully submitted,

DEREK BROWN
ATTORNEY GENERAL

*/s/ Stanford E. Purser*
STANFORD E. PURSER (13440)
Solicitor General
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
P.O. Box 140858
Salt Lake City, UT 84114-0858
spurser@agutah.gov
(801) 538-9600

*Counsel for State of Utah*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, a true and correct copy of the foregoing Motion for Substitution of Counsel was served on the counsel of record for all parties through the Court's CM/ECF system.

*/s/ Stanford E. Purser*
STANFORD E. PURSER