# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>    Defendants. | Case No. 5:24-cv-00225-C |

# [PROPOSED] ORDER

Upon consideration of Plaintiff State of Utah's Motion to Substitute Counsel, it is hereby ORDERED that the Motion is GRANTED. Stanford E. Purser will appear as lead counsel on behalf of Plaintiff State of Utah.

SO ORDERED this _____ day of _____, 2025

_____
Hon. Sam R. Cummings
Senior United States District Judge