UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

                                                    No. 5:24-CV-225-H

XAVIER BECERRA, In His Official
Capacity as Secretary of Health and Human
Services, et al.,

    Defendants.

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Before the Court is Stanford E. Purser's motion to substitute counsel. Dkt. No. 49.

The Court grants the motion. Purser is appointed as lead counsel for the State of Utah in

this case. Scott St. John is relieved of his obligations and duties in this case as counsel for

the State of Utah. Scott St. John is to be removed from all notifications and correspondence

in this case.

So ordered on February 20 , 2025.

                                           _____
                                           JAMES WESLEY HENDRIX
                                           UNITED STATES DISTRICT JUDGE