UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

XAVIER BECERRA, In His Official Capacity as Secretary of Health and Human Services, et al.,

    Defendants.

No. 5:24-CV-225-H

## ORDER

Before the Court is the parties' Joint Status Report. Dkt. No. 50. In the report, the parties state that the "[d]efendants continue to evaluate their position in light of the President's recent Executive Order," and they "ask that the Court not disturb the current stay of briefing deadlines." *Id.* at 2.

The Court agrees. The briefing schedule will remain stayed. The parties are ordered to file another Joint Status Report no later than April 21, 2025.

So ordered on February 20, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE