UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

No. 5:24-CV-225-H

ROBERT F. KENNEDY, JR., In His Official Capacity as Secretary of Health and Human Services, et al.,

    Defendants.

## ORDER

Before the Court is the parties' second Joint Status Report. Dkt. No. 59. In the report, the parties again state that the "[d]efendants continue to evaluate their position in light of the President's recent Executive Order," and they "ask that the Court not disturb the current stay of briefing deadlines." *Id.* at 2.

The Court agrees. The briefing schedule will remain stayed. Barring any new developments in the case, the parties are ordered to file another Joint Status Report no later than July 21, 2025.

So ordered on April 21, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE