UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., *Plaintiffs*, v. ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health & Human Services, et al., *Defendants*. | No. 5:24-cv-225 |

**UNOPPOSED MOTION FOR EXTENSION**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an extension of time of 8 days (until July 29, 2025) to file the Parties' next joint status report. In support of this motion, Defendants state as follows:

This Court granted Defendants' Unopposed Motion to Stay All Deadlines on January 25, 2025. ECF No. 44. Defendants sought a stay in light of the Executive Order titled "Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government," in order to evaluate their position in this case. The Parties have since filed two joint status reports. ECF Nos. 50, 59. The Court has ordered that the next joint status report be filed by July 21, 2025. ECF No. 60.

Undersigned counsel will be travelling outside the country and lack access to email and other government systems from the evening of July 8 through July 20. Defendants therefore respectfully request an extension until July 29, 2025 to file the Parties' next joint status report. The 8-day extension will not prejudice any party and will permit undersigned counsel to coordinate

1

with the Department of Health and Human Services and opposing counsel upon his return to prepare an updated joint status report for the Court. Plaintiffs' counsel represented that Texas is unopposed to this motion via email on July 2, 2025.

     A proposed Order is attached.

Dated: July 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ELIZABETH TULIS
Assistant Branch Director

*/s/ Jason K. Altabet*
Jason K. Altabet
Trial Attorney (Md. Bar No. 2211280012)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0727
Fax: (202) 616-8460
E-mail: jason.k.altabet2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 2, 2025 Jason Altabet conferred with Plaintiffs' counsel via email and that on July 2, 2025, Zachary Rhines stated via email that "Texas is unopposed."

*/s/ Jason K. Altabet*
Jason K. Altabet
