UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

| | |
|---|---|
| <u>**STATE OF TEXAS, et al.,**</u> | ) |
| **Plaintiffs,** | ) |
| | )  5:24-cv-00225-H |
| | ) |
| v. | ) |
| <u>**BECERRA, et al.,**</u>  | ) |
| **Defendants.** | ) |

**MOTION TO WITHDRAW**

Grant M. Flynn respectfully moves to withdraw Jonathan Van Patten as an attorney of record for the State of South Dakota in this matter. Mr. Van Patten is no longer employed at the Office of the South Dakota Attorney General. The State of South Dakota will continue to be represented by Grant M. Flynn from the Office of the South Dakota Attorney General.

Dated this 7th day of October, 2025.

    Respectfully submitted,

    __/s/ *Grant M. Flynn* _____
    Grant M. Flynn
    Assistant Attorney General
    1302 East SD Highway 1889, Suite 1
    Pierre, SD  57501
    Tel: (605) 773-3215
    Email: grant.flynn@state.sd.us

## **CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of October, 2025, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a notice of electronic filing was sent via CM/ECF to all counsel of record.

                                                                                 */s/ Grant M. Flynn*  
                                                                                 Grant M. Flynn  
                                                                                  Assistant Attorney General