UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

ROBERT F. KENNEDY, JR., In His
Official Capacity as Secretary of Health and
Human Services, et al.,

    Defendants.

No. 5:24-CV-225-H

## ORDER

In the parties' sixth Joint Status Report (Dkt. No. 77), the parties state that the "[d]efendants continue to evaluate their position in light of the President's recent Executive Order," and they "ask that the Court not disturb the current stay of briefing deadlines." *Id.* at 2. All deadlines were stayed in this case by electronic order entered on January 25, 2025. Dkt. No. 44.

In an effort to efficiently manage the docket and preserve the resources of the parties, the Court determines that this case should be administratively closed. Accordingly, the Clerk of Court shall administratively close this case for statistical purposes. The parties may file a joint notice to re-open the case at the appropriate time for the entry of an amended scheduling order or for the entry of a stipulation of dismissal.

So ordered on October 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE