# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF ALASKA,<br>STATE OF ALABAMA,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF KANSAS,<br>STATE OF LOUISIANA,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF SOUTH DAKOTA,<br>STATE OF UTAH, and<br>STATE OF WEST VIRGINIA,<br>    *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official Capacity as Secretary of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>    *Defendants*. | CASE NO. 5:24-cv-00225-C |

## JOINT STATUS REPORT

The Plaintiff States of Texas, Alaska, Alabama, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Louisiana, Missouri, Montana, Nebraska, South Carolina, South Dakota, Utah, and West Virginia (Plaintiffs) and Defendants Robert F. Kennedy, in his official capacity as Secretary of Health and Human Services, and the United States Department of Health and Human Services (Defendants) (together, the Parties), submit the following Joint Status Report in connection to the Court's Order, ECF No. 70. The Parties advise the Court as follows:

1

Defendants continue to evaluate their position in light of the President's recent Executive Order, which provides that agencies shall not "promote or otherwise inculcate gender ideology." *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, White House (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-the-federal-government/.

Recently Defendants issued a Notice of Proposed Rulemaking that would modify the challenged Rule to clarify that "gender dysphoria not resulting from physical impairment" does not constitute a disability under the Rehabilitation Act of 1973. *See Nondiscrimination on the Basis of Disability in Programs or Activities Receiving Federal Financial Assistance* (Dec. 19, 2025), 90 Fed. Reg. 59478. Plaintiffs are evaluating their claims in light of this Notice.

Accordingly, the Parties ask that the Court not disturb the current stay of briefing deadlines. No Party would be prejudiced by the continuation of the stay and it would preserve the resources of the Parties and the Court. The Parties propose to file a further Joint Status Report with the Court no later than fourteen days after the publication of the final rule proposed by the aforementioned Notice of Proposed Rulemaking.

Dated: January 9, 2026.

BRETT A. SHUMATE
ACTING ASSISTANT ATTORNEY GENERAL

MICHAEL BENNETT
Assistant Branch Director

/s/ Jason L. Altabet
**JASON K. ALTABET**
Trial Attorney
(Md. Bar No. 2211280012)
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0727
Fax: (202) 616-8460
E-mail: jason.k.altabet2@usdoj.gov

**COUNSEL FOR DEFENDANTS**

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

**ZACHARY L. RHINES**
Special Counsel
Special Litigation Division
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

/s/ KYLE S. TEBO
**KYLE S. TEBO**
Special Counsel
Legal Strategy Division
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:    (512) 463-2100
Facsimile:    (512) 457-4410

**COUNSEL FOR STATE OF TEXAS**

STEPHEN J. COX
Attorney General of Alaska

*/s/ Laura O. Russell*
**LAURA O. RUSSELL\***
Alaska Bar No. 1311106

Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5100
laura.russell@alaska.gov

**COUNSEL FOR ALASKA**
*\*Pro Hac Vice*

STEVE MARSHALL
Attorney General of Alabama

*/s/ Alexander Barrett Bowdre*
**Alexander Barrett Bowdre\***
State of Alabama
Office of the Attorney General
501 Washington Ave
PO Box 300152
Montgomery, AL 36130-0152
334-353-8892
Email: barrett.bowdre@alabamaag.gov

**COUNSEL FOR ALABAMA**
*\*Pro Hac Vice*

TIM GRIFFIN
Attorney General of Arkansas

*/s/ Autumn Hamit Patterson*
**AUTUMN HAMIT PATTERSON**
Assistant Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
autumn.patterson@arkansasag.gov

**COUNSEL FOR ARKANSAS**

JAMES UTHMEIER
Attorney General of Florida

*s/ Christine Kimberly Pratt*
**CHRISTINE KIMBERLY PRATT**
Office of the Florida Attorney General
400 S. Monroe Street
Tallahassee, Florida 32399
(352) 359-6689
christine.pratt@myfloridalegal.com

**COUNSEL FOR FLORIDA**

CHRISTOPHER M. CARR
Attorney General of Georgia

*/s/ Stephen J. Petrany*
**STEPHEN J. PETRANY\***
Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

**COUNSEL FOR GEORGIA**
*\*Pro Hac Vice*

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ James A. Barta*
**JAMES A. BARTA\***
Solicitor General
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
james.barta@atg.in.gov

**COUNSEL FOR INDIANA**
*\*Pro Hac Vice*

4

<div style="display: flex;">

<div>

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
**ERIC H. WESSA**N
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

**COUNSEL FOR IOWA**

KRIS KOBACH
Attorney General of Kansas

*/s/ James Rodriguez*
**JAMES RODRIGUEZ**
120 SW 10th Ave
Topeka, Kansas 66612-1597
Telephone: (785) 260-3960
jay.rodriguez@ag.ks.gov

**COUNSEL FOR KANSAS**

ELIZABETH B. MURRILL
Attorney General of Louisiana

*s/ J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA**\*
Solicitor General
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
Telephone:     (225) 506-3746
aguinagab@ag.louisiana.gov

**COUNSEL FOR LOUISIANA**
*\*Pro Hac Vice*

</div>

<div>

CATHERINE L. HANAWAY
Attorney General of Missouri

*/s/ Louis Joseph Capozzi, III*
**LOUIS JOSEPH CAPOZZI, III**
Office of the Missouri Attorney General
207 W. High Street
Jefferson City, Missouri 65101
Louis.capozzi@ago.mo.gov

**COUNSEL FOR MISSOURI**

AUSTIN KNUDSEN
Attorney General of Montana

*/s/ Christian B. Corrigan*
**CHRISTIAN B. CORRIGAN**
Solicitor General
**PETER M. TORSTENSEN, JR.**\*
Deputy Solicitor General
Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
Telephone: (406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

**COUNSEL FOR MONTANA**
*\*Pro Hac Vice*

MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/ Cody S. Barnett*
**Cody S Barnett**
Nebraska Attorney General's Office
1445 K Street
Ste 2115
Lincoln, NE 68508
402-471-6933
Email: cody.barnett@nebraska.gov

**COUNSEL FOR NEBRASKA**

</div>

</div>

5

ALAN WILSON
Attorney General of South Carolina

*s/ J. Emory Smith, Jr.*
**JAMES EMORY SMITH, JR.***
Deputy Solicitor General
Office of the Attorney General
PO Box 11549
Columbia, South Carolina 29211
Telephone:   (803) 734-3642
Facsimile:   (803) 734-3677
esmith@scag.gov

**COUNSEL FOR SOUTH CAROLINA**
*\*Pro Hac Vice*

MARTY JACKLEY
Attorney General of South Dakota

*/s/ Grant Michael Flynn*
**GRANT MICHAEL FLYNN***
Assistant Attorney General
Office of the Attorney General South Dakota
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone:   (605) 773-3215
grant.flynn@state.sd.us
jonathan.vanpatten@state.sd.us

**COUNSEL FOR SOUTH DAKOTA**
*\*Pro Hac Vice*

DEREK BROWN
Attorney General of Utah

*/s/ Stanford Purser*
**STANFORD PURSER***
Office of the Utah Attorney General
PO Box 140858
Salt Lake City, Utah 84114-2320
(385)382-4334
spurser@agutah.gov

**COUNSEL FOR UTAH**

PATRICK MORRISEY
Attorney General of West Virginia

*/s/ Michael R. Williams*
**MICHAEL R. WILLIAMS***
State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, West Virginia 25305
Telephone: (681)-313-4511
Facsimile: (304) 558-0140
michael.r.williams@wvago.gov

**COUNSEL FOR WEST VIRGINIA**
*\*Pro Hac Vice*

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 9, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Kyle S. Tebo*
**KYLE S. TEBO**