UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF ALASKA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, AND STATE OF SOUTH DAKOTA, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT J. KENNEDY, JR., IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants.* | CASE NO. 5:24-CV-00225 |

## NOTICE OF VOLUNTARY DISMISSAL BY STATE OF ARKANSAS

Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), Plaintiff State of Arkansas hereby voluntary dismisses without prejudice all of its claims in this case.

This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

Date: January 30, 2026

        Respectfully submitted,

        TIM GRIFFIN
         Attorney General

        */s/Autumn Hamit Patterson*
        AUTUMN HAMIT PATTERSON
         Solicitor General
        Arkansas Bar Number 2025095
        Texas Bar Number 24092947
        Office of the Arkansas
         Attorney General
        101 West Capitol Avenue
        Little Rock, AR 72201
        (501) 682-2007
        Autumn.Patterson@ArkansasAG.gov

        *Counsel for State of Arkansas*