**United States District Court**
**Northern District of Texas**
**Lubbock Division**

| | |
|---|---|
| State of Texas,<br>State of Alaska,<br>State of Florida,<br>State of Indiana,<br>State of Kansas,<br>State of Louisiana,<br>State of Missouri,<br>State of Montana, and<br>State of South Dakota,<br><br>       *Plaintiffs,*<br><br>v.<br><br>Robert F. Kennedy Jr., in his official<br>capacity as Secretary of Health and<br>Human Services; United States<br>Department of Health and Human<br>Services,<br><br>       *Defendants.* | No. 5:24-cv-00225 |

---

## Notice of Voluntary Dismissal by State of Utah

---

Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), Plaintiff State of Utah hereby voluntary dismisses without prejudice all of its claims in this case.

This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

Respectfully submitted,

Derek Brown
Utah Attorney General

*/s/ Stanford E. Purser*
Stanford E. Purser
Utah Solicitor General
Utah Bar No. 13440
Office of the Utah Attorney General
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111
801-366-0100
spurser@agutah.gov

*Counsel for State of Utah*