IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| State of Texas, | ) | |
| State of Alaska, | ) | |
| State of Florida, | ) | |
| State of Indiana, | ) | |
| State of Kansas, | ) | |
| State of Louisiana, | ) | |
| State of Missouri, | ) | |
| State of Montana, and | ) | |
| State of South Dakota, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 5:24-cv-00225 |
| | ) | |
| Robert F. Kennedy Jr., in his official | ) | |
| capacity as Secretary of Health and | ) | |
| Human Services; United States | ) | |
| Department of Health and Human | ) | |
| Services, | ) | |
| | ) | |
| *Defendants*. | ) | |

### **Notice of Voluntary Dismissal by State of Alabama**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of Alabama voluntarily dismisses without prejudice all of its claims in this case. This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

Dated: February 2, 2026          Respectfully submitted,

Steve Marshall
 *Attorney General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (admitted *pro hac vice*)
 *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Barrett.Bowdre@AlabamaAG.gov

*Counsel for State of Alabama*

2