IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| State of Texas,<br>State of Alaska,<br>State of Florida,<br>State of Indiana,<br>State of Kansas,<br>State of Louisiana,<br>State of Missouri,<br>State of Montana, and<br>State of South Dakota,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services; United States Department of Health and Human Services,<br><br>    *Defendants*. | Case No.: 5:24-cv-00225 |

**NOTICE OF VOLUNTARY DISMISSAL**
**BY STATE OF WEST VIRGINIA**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of West Virginia voluntarily dismisses without prejudice all its claims in this case. This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

JOHN B. MCCUSKEY
ATTORNEY GENERAL OF WEST VIRGINIA

<u>*/s/ Michael R. Williams*</u>
Michael R. Williams
  *Solicitor General*

Office of the Attorney General
of West Virginia
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

Dated: February 4, 2026