# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>ROBERT F. KENNEDY, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　Defendants. | Case No. 5:24-cv-00225<br><br>NOTICE OF VOLUNTARY DISMISSAL BY STATE OF NEBRASKA |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of Nebraska hereby voluntarily dismisses without prejudice all of its claims in this case. This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

Dated: February 10, 2026

MICHAEL T. HILGERS
Attorney General of Nebraska

Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297

Respectfully submitted,

/s/ CODY S. BARNETT
Cody S. Barnett
Solicitor General
cody.barnett@nebraska.gov

Counsel for State of Nebraska