**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF ALASKA,<br>STATE OF FLORIDA,<br>STATE OF INDIANA,<br>STATE OF KANSAS,<br>STATE OF LOUISIANA,<br>STATE OF MISSOURI,<br>STATE OF MONTANA, and<br>STATE OF SOUTH DAKOTA,<br>    *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official Capacity as Secretary of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>    *Defendants*. | CASE NO. 5:24-cv-00225-C |

## JOINT NOTICE

The Plaintiff States of Texas, Alaska, Florida, Indiana, Kansas, Louisiana, Missouri, Montana, and South Dakota (Plaintiffs) and Defendants Robert F. Kennedy, in his official capacity as Secretary of Health and Human Services, and the United States Department of Health and Human Services (Defendants) (together, the Parties), submit the following Joint Notice requesting that the Court lift its administrative closure of the litigation and reassign the case to its active docket. The Parties advise the Court as follows:

1. On October 31, 2025, the Court closed the instant litigation and advised the Parties that at any time they might jointly file a notice asking the Court to reopen the case "for the entry of an amended scheduling order or for the entry of a stipulation of dismissal." ECF No. 79.

2. Following conference through counsel, the Parties agree that reopening the instant litigation is appropriate and that further delay is not desirable. The Parties intend to

1

  advance the litigation towards resolution. Accordingly, the Parties jointly request that the Court place this case on its active docket.

3. To assist the Court in entering a scheduling order, the Parties propose the following briefing schedule for summary judgment:

  a. Plaintiffs shall file their Motion for Summary Judgment on or before May 4, 2026.

  b. Defendants shall file their consolidated Opposition to Defendants' Cross-Motion for Summary Judgment and Cross-Motion for Summary Judgment on or before June 15, 2026.

  c. Plaintiffs shall file their consolidated Opposition to Defendants' Cross-Motion for Summary Judgment and Reply to Defendants' Opposition on or before July 7, 2026.

  d. Defendants forego the filing of a reply brief.

4. This case exclusively involves claims brought under the Administrative Procedure Act, and the Parties believe these are amenable to summary judgment without the need for fact discovery. Additionally, on January 17, 2025, Defendants produced the complete administrative record related to the rulemaking that Plaintiffs are challenging. The Parties respectfully advise the Court that they do not require additional time to engage in discovery.

Dated: March 9, 2026.

BRETT A. SHUMATE
ACTING ASSISTANT ATTORNEY GENERAL

MICHELLE BENNETT
Assistant Branch Director

/s/ Jason Altabet
**JASON K. ALTABET**
Trial Attorney
(Md. Bar No. 2211280012)
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone:     (202) 305-0727
Facsimile:      (202) 616-8460
jason.k.altabet2@usdoj.gov

**COUNSEL FOR DEFENDANTS**

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

**ZACHARY L. RHINES**
Special Counsel
Special Litigation Division
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

/s/ KYLE S. TEBO
**KYLE S. TEBO**
Special Counsel
Legal Strategy Division
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:     (512) 463-2100
Facsimile:      (512) 457-4410

**COUNSEL FOR STATE OF TEXAS**

Stephen J. Cox
Attorney General of Alaska

*/s/ Laura O. Russell*
**Laura O. Russell\***
Alaska Bar No. 1311106

Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone:    (907) 269-5100
laura.russell@alaska.gov

**Counsel for Alaska**
*Pro Hac Vice*

James Uthmeier
Attorney General of Florida

*/s/ Christine Kimberly Pratt*
**Christine Kimberly Pratt**
Office of the Florida Attorney General
400 S. Monroe Street
Tallahassee, Florida 32399
Telephone:    (352) 359-6689
christine.pratt@myfloridalegal.com

**Counsel for Florida**

Theodore E. Rokita
Attorney General of Indiana

*/s/ James A. Barta*
**James A. Barta\***
Solicitor General
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone:    (317) 232-0709
james.barta@atg.in.gov

**Counsel for Indiana**
*Pro Hac Vice*

Kris Kobach
Attorney General of Kansas

*/s/ James Rodriguez*
**James Rodriguez**
120 SW 10th Ave
Topeka, Kansas 66612-1597
Telephone:    (785) 260-3960
jay.rodriguez@ag.ks.gov

**Counsel for Kansas**

Elizabeth B. Murrill
Attorney General of Louisiana

*/s/ J. Benjamin Aguiñaga*
**J. Benjamin Aguiñaga\***
Solicitor General
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
Telephone:    (225) 506-3746
aguinagab@ag.louisiana.gov

**Counsel for Louisiana**
*Pro Hac Vice*

Catherine L. Hanaway
Attorney General of Missouri

*/s/ Louis Joseph Capozzi, III*
**Louis Joseph Capozzi, III**
Office of the Missouri Attorney General
207 W. High Street
Jefferson City, Missouri 65101
Louis.capozzi@ago.mo.gov

**Counsel for Missouri**

| | |
|---|---|
| AUSTIN KNUDSEN<br>Attorney General of Montana | MARTY JACKLEY<br>Attorney General of South Dakota |
| */s/ Christian B. Corrigan*<br>**CHRISTIAN B. CORRIGAN**<br>Solicitor General<br>**PETER M. TORSTENSEN, JR.***<br>Deputy Solicitor General<br>Montana Department of Justice<br>215 N. Sanders Street<br>Helena, Montana 59601<br>Telephone:   (406) 444-2026<br>christian.corrigan@mt.gov<br>peter.torstensen@mt.gov | */s/ Grant Michael Flynn*<br>**GRANT MICHAEL FLYNN***<br>Assistant Attorney General<br>Office of the Attorney General South Dakota<br>1302 E. Highway 14, Suite 1<br>Pierre, South Dakota 57501<br>Telephone:    (605) 773-3215<br>grant.flynn@state.sd.us |
| **COUNSEL FOR MONTANA**<br>*Pro Hac Vice* | **COUNSEL FOR SOUTH DAKOTA**<br>*Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 9, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Kyle S. Tebo*
**KYLE S. TEBO**

5