UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR. In His Official Capacity as Secretary of Health and Human Services, et al.,<br><br>    Defendants. | No. 5:24-CV-225-H |

## ORDER OF DISMISSAL

Before the Court are the Notices of Voluntary Dismissal of the States of Alabama, West Virginia, Iowa, and Nebraska pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. Nos. 93; 95; 96; 97. Because the defendants have not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss the claims of plaintiff-States Alabama, West Virginia, Iowa, and Nebraska without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

So ordered on March 12, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE