UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

                      No. 5:24-CV-225-H

ROBERT F. KENNEDY, JR. In His
Official Capacity as Secretary of Health
and Human Services, et al.,

    Defendants.

## ORDER

The parties have filed a joint notice requesting the Court lift the administrative stay imposed in this case (*see* Dkt. No. 78). Dkt. No. 100. The motion is granted, and the case is reopened for statistical purposes. The plaintiffs shall file their motion for summary judgment on or before May 4, 2026. The defendants shall file their consolidated response and cross-motion for summary judgment on or before June 15, 2026. The plaintiffs shall file their consolidated response to the defendants' cross-motion and reply on or before July 7, 2026. The defendants note that they will forego the filing of a reply brief.

So ordered on March 31, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE