**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Lubbock Division**

| | |
|---|---|
| STATE OF TEXAS, STATE OF ALASKA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, AND STATE OF SOUTH DAKOTA, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants*. | Case No. 5:24-cv-00225 |

**NOTICE OF VOLUNTARY DISMISSAL
BY STATE OF INDIANA**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of Indiana voluntarily dismisses without prejudice all its claims in this case. This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

Dated: May 1, 2026

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By:    /s/ James A. Barta
JAMES A. BARTA
Solicitor General

*Counsel for State of Indiana*

1