# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

<table>
<tr><td>

STATE OF TEXAS,<br>
STATE OF ALASKA,<br>
STATE OF FLORIDA,<br>
STATE OF KANSAS,<br>
STATE OF LOUISIANA,<br>
STATE OF MISSOURI, and<br>
STATE OF MONTANA,<br>
        *Plaintiffs*,<br>
v.<br><br>
ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>
        *Defendants*.

</td><td>

CASE NO. 5:24-CV-00225

</td></tr>
</table>

## PLAINTIFF STATES' OPPOSED MOTION FOR SUMMARY JUDGMENT

Plaintiffs State of Texas, State of Alaska, State of Florida, State of Kansas, State of Louisiana, State of Missouri, and State of Montana, respectfully move this Court for an order granting them Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This motion is supported by Plaintiffs' Memorandum in Support of their Motion for Summary Judgment, which sets forth the argument and authorities on which Plaintiffs rely.

### Summary

Plaintiffs' case is a challenge to a final rulemaking ("Final Rule")[1] issued by the Department of Health and Human Services brought under the Administrative Procedure Act, 5 U.S.C. § 551 et seq. Plaintiffs claim and seek to show that 1) the Final Rule exceeds Defendants' statutory authority, *id.* at § 706(2)(C). The Final Rule implements 29 U.S.C. § 794(a), but that provision prohibits discrimination in existing programs without authorizing the Final Rule's sweeping and

---

[1] *Nondiscrimination on the Basis of Disability in Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 40,066, 40,068–69 (May 9, 2024) ("Final Rule").

novel requirements; 2) the Rule is arbitrary and capricious, 5 U.S.C. § 706(2)(A); and 3) the Rule is contrary to constitutional right, *id.* at § 706(2)(B), due to violating the Spending Clause of the United States Constitution, U.S. CONST., art. I, § 8, cl. 1, as it imposes new conditions on federal spending in a manner that coerces the States and fails to provide clear notice.[2]

Dated: May 4, 2026.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

**ZACHARY L. RHINES**
Special Counsel
Special Litigation Division
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

*/s/ Kyle S. Tebo*
**KYLE S. TEBO**
Special Counsel
Legal Strategy Division
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:     (512) 463-2100
Facsimile:     (512) 457-4410

**COUNSEL FOR STATE OF TEXAS**

---

[2] Plaintiffs do not contest the constitutionality of 29 U.S.C. § 794 in this Motion and only seek relief against the Final Rule.

STEPHEN J. COX
Attorney General of Alaska

*/s/ Laura O. Russell*
**LAURA O. RUSSELL\***
Alaska Bar No. 1311106

Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Telephone: (907) 269-5100
laura.russell@alaska.gov

**COUNSEL FOR STATE OF ALASKA**
*\*Pro Hac Vice*

JAMES UTHMEIER
Attorney General of Florida

*s/ Christine Kimberly Pratt*
**CHRISTINE KIMBERLY PRATT**
Office of the Florida Attorney General
400 S. Monroe Street
Tallahassee, Florida 32399
(352) 359-6689
christine.pratt@myfloridalegal.com

**COUNSEL FOR STATE OF FLORIDA**

KRIS W. KOBACH
Attorney General of Kansas

*/s/ James Rodriguez*
**JAMES RODRIGUEZ**
Assistant Attorney General
120 SW 10th Ave
Topeka, Kansas 66612-1597
Telephone: (785) 260-3960
jay.rodriguez@ag.ks.gov

**COUNSEL FOR STATE OF KANSAS**

ELIZABETH B. MURRILL
Attorney General of Louisiana

*s/ J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA\***
Solicitor General
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, Louisiana 70802
Telephone:    (225) 506-3746
aguinagab@ag.louisiana.gov

**COUNSEL FOR STATE OF LOUISIANA**
*\*Pro Hac Vice*

CATHERINE L. HANAWAY
Attorney General of Missouri

*/s/ Louis Joseph Capozzi, III*
**LOUIS JOSEPH CAPOZZI, III**
Office of the Missouri Attorney General
207 W. High Street
Jefferson City, Missouri 65101
Louis.capozzi@ago.mo.gov

**COUNSEL FOR STATE OF MISSOURI**

AUSTIN KNUDSEN
Attorney General of Montana

*/s/ Christian B. Corrigan*
**CHRISTIAN B. CORRIGAN**
Solicitor General
**PETER M. TORSTENSEN, JR.\***
Deputy Solicitor General
Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
Telephone: (406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

**COUNSEL FOR STATE OF MONTANA**
*\*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF), and that all counsel of record were served by CM/ECF.

*/s/ Kyle S. Tebo*
KYLE S. TEBO