UNITED STATES DISTRICT COURT
FOR THE NOTHERIN DISTRICT OF TEXAS
Lubbock Division

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF ALASKA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STAT OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA AND STATE OF SOUTH DAKOTA, | ) ) ) ) ) ) | 5:24-CV-00225 |
| | ) | NOTICE OF VOLUNTARY DISMISSAL BY STATE OF SOUTH DAKOTA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of South Dakota voluntarily dismisses without prejudice all its claims in this case. This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

Dated: May 12, 2026

Respectfully submitted,

Office of the SD Attorney General
1302 East SD Highway 1889, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Fax: (605) 773-4106
Email: grant.flynn@state.sd.us

MARTY J. JACKLEY
SD Attorney General

By:  */s/ Grant M. Flynn*
GRANT M. FLYNN
Assistant Attorney General