**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

|  |  |
|---|---|
| State of Texas, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services, et al., <br><br> *Defendants*, | Case No. 5:24-cv-225 |

## NOTICE OF VOLUNTARY DISMISSAL
## BY STATE OF KANSAS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff State of Kansas hereby gives notice of its

voluntary dismissal, without prejudice, of all its claims in this case. This notice is proper because

Defendants, Robert F. Kennedy Jr., *et al.*, have not served an answer or motion for summary

judgment.

Date: June 10, 2026

Respectfully submitted,

KRIS W. KOBACH
Kansas Attorney General

*/s/ James R. Rodriguez*
James R. Rodriguez, #29172
*Deputy Attorney General*
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 368-8197
Jay.Rodriguez@ag.ks.gov