UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

ROBERT F. KENNEDY, JR. In His
Official Capacity as Secretary of Health
and Human Services, et al.,

    Defendants.

No. 5:24-CV-225-H

## ORDER

Before the Court is the plaintiffs' unopposed motion for leave to supplement authorities. Dkt. No. 117. The Court grants the motion and takes notice of the supplemental authority (Dkt. No. 117-1) as evidence in the pending motion for summary judgment (Dkt. No. 104).

So ordered on July 8, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE