# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health & Human Services, *et al.*, <br><br> Defendants. | Case No. 5:24-cv-225 |

## [PROPOSED] ORDER

Before the court is defendants' unopposed motion for extension of time. After due consideration of defendants' motion and applicable law, the Court finds that the Motion should be and hereby is granted and orders as follows:

Defendants consolidated response and cross-motion for summary judgment is hereby extended so that it is due on or before August 31, 2026.

Plaintiffs' consolidated response to defendants' cross-motion and reply is hereby extended so that it is due on or before September 22, 2026.

**SO ORDERED**


Date: _____                          _____
                                                         James W. Hendrix
                                                         United States District Judge