UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

    No. 5:24-CV-225-H

ROBERT F. KENNEDY, JR., In His
Official Capacity as Secretary of Health
and Human Services, et al.,

    Defendants.

## ORDER

Before the Court is the defendants' Unopposed Motion for Extension of Time. Dkt. No. 119. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the defendants shall submit their consolidated response to the plaintiffs' motion for summary judgment and cross-motion for summary judgment on or before August 31, 2026. The plaintiffs shall submit their consolidated response to the defendants' cross-motion and reply on or before September 22, 2026.

So ordered on July 13, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE