## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

STATE OF TEXAS, ET AL.

    *Plaintiffs,*

       v.

ROBERT F. KENNEDY, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF HEALTH AND
HUMAN SERVICES, ET AL.,

    *Defendants.*

Case No. 5:24-cv-00225

## NOTICE OF VOLUNTARY DISMISSAL
## BY STATE OF MISSOURI

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff State of Missouri hereby gives notice of its voluntary dismissal, without prejudice, of all its claims in this case. This notice is proper because Defendants, Robert F. Kennedy Jr., *et al.*, have not served an answer or motion for summary judgment.

Dated: July 20, 2026                    Respectfully submitted,


**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

/s/ *Alex R. Buttram*
Louis J. Capozzi III, #77756(MO)
  *Solicitor General*
Alex Reed Buttram, #77676(MO)*
  *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-4754
Louis.Capozzi@ago.mo.gov
Alex.Buttram@ago.mo.gov
**Pro Hac Vice*

*Counsel for Plaintiff State of Missouri*

2

## CERTIFICATE OF SERVICE & COMPLIANCE

I certify that, on July 20, 2026, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

I further certify that the foregoing document contains 49 words, exclusive of matters designated for omission.

/s/ *Alex R. Buttram*