UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

                                    No. 5:24-CV-225-H

ROBERT F. KENNEDY, JR. In His
Official Capacity as Secretary of Health
and Human Services, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal of the State of Missouri pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses Missouri's claims without prejudice. Dkt. No. 121. Because the defendants have not filed an answer or motion for summary judgment, Missouri's claims are dismissed without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees. The Clerk of Court is directed to terminate Missouri as a party to this action.

So ordered on July 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE