**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health & Human Services, *et al.*,<br><br>Defendants. | Case No. 5:24-cv-00225 |

# [PROPOSED] ORDER AND FINAL JUDGMENT

Upon consideration of the parties' joint motion for entry of final judgment and the entire record herein, it is hereby

**ORDERED** that the parties' joint motion is **GRANTED**; it is further

**ORDERED** that judgment is entered for Plaintiffs with respect to the following provisions of the final rule, *Nondiscrimination on the Basis of Disability in Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 40,066 (May 9, 2024) and/or of the Code of Federal Regulations, which are hereby **VACATED**:

- The definition of "Most integrated setting" in 45 C.F.R. § 84.10;
- The final sentence of 45 C.F.R. § 84.22(b), Methods: "In choosing among available methods for meeting the requirements of this section, a recipient shall give priority to those methods that offer programs and activities to qualified individuals with disabilities in the most integrated setting appropriate";
- 45 C.F.R. § 84.43(d);
- 45 C.F.R. § 84.68(d);

- 45 C.F.R. § 84.76, in its entirety;
- The final sentence of 45 C.F.R. § 84.93(b), Methods: "In choosing among available methods for meeting the requirements of this section, a recipient shall give priority to those methods that offer programs and activities to qualified individuals with disabilities in the most integrated setting appropriate"; and it is further

**ORDERED** that the Court does not decide any other claim or legal issue beyond those necessary to afford the relief specified in this judgment; and

**ORDERED** that the remainder of Count I and Counts II and III of the First Amended Complaint, ECF No. 89, are hereby **DISMISSED** without prejudice; and it is further

**ORDERED** that this case is now closed.

**SO ORDERED.**

Date: ________________

______________________________
James W. Hendrix
United States District Judge